| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*<br>☐ Recording requested by and return to:<br>Crystal Lei<br>337-28th Avenue<br>San Francisco, CA 94121 | EJ-001<br>PHONE NUMBER<br>(415) 221 - 0969 |
| ☐ ATTORNEY FOR ☒ JUDGMENT CREDITOR ☐ ASSIGNEE OF RECORD | |
| NAME OF COURT: U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| STREET ADDRESS: 450 Golden Gate Avenue | |
| MAILING ADDRESS: | |
| CITY, STATE, ZIP: San Francisco, CA 94102 | |
| PHONE NUMBER: (415) 522 - 2000 | |

FOR RECORDER'S USE ONLY

| | |
|---|---|
| PLAINTIFF: | Demas Wai Yan |
| DEFENDANT: | Crystal Lei, et al. |

# ABSTRACT OF JUDGEMENT   ☐ Amended

CASE NUMBER: 3:11-cv-01814-RS

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:

    a. Judgment debtor's

    Name and last known address

    > Demas Wai Yan
    > 1433 7th Avenue
    > San Francisco, CA 94122

    b. Driver's license # and state: _____  ☒ Unknown
    c. Social Security #: _____  ☒ Unknown
    d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): Demas Wai Yan, 1433 7th Avenue, S.F. CA 94122
    e. ☐ Original abstract recorded in this county:

        (a) Date: _____
        (b) Instrument #: _____

    f. ☐ Information on additional judgment debtors is shown on page two.

Date: 3/9/2016    Crystal Lei
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☒ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.

3. Judgment creditor *(name and address)*: Crystal Lei
   337-28th Avenue, San Francisco, CA 94121

4. Judgment debtor *(full name as it appears in judgment)*: Demas Wai Yan

5. a. Judgment entered on *(date)*: June 24, 2014
   b. Renewal entered on *(date)*: _____

6. Total amount of judgment as entered or last renewed: $35,004.71

7. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
   a. ☐ Amount $: _____
   b. ☐ In favor of *(name and address)*: _____

8. A stay of enforcement has:
   a. ☒ not been ordered by the court
   b. ☐ been ordered by the court effective until *(date)*: _____

9. ☐ This judgment is an installment judgment.

---

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT**
(CIVIL)

Page 1 of 2
Code of Civil Procedure, §§ 488.480
674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

| | |
|---|---|
| [SEAL] | This abstract issued on (date): **MAR 11 2016** |

CLERK U.S. DISTRICT COURT
450 GOLDEN GATE AVE., BOX 36060
SAN FRANCISCO, CA 94102
**SUSAN Y. SOONG**
Clerk, by **GINA AGUSTINE**, Deputy

PLAINTIFF: Demas Wai Yan
DEFENDANT: Crystal Lei, et al
Case #: 3:11-cv-01814

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10. Name and last known address
Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

11. Name and last known address
Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

12. Name and last known address
Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

13. Name and last known address
Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

14. Name and last known address
Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

15. Name and last known address
Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

16. Name and last known address
Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

17. Name and last known address
Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

18. ☐ Continued on Attachment 18.

EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT**
(CIVIL)

Page 2 of 2