Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA 95814
Telephone: (916) 446-0790
Facsimile: (916) 446-0791

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAS YAN<br><br>                          Appellant,<br>v.<br><br>TONY FU, et al.<br><br>                          Appelle(s). | CASE NUMBER<br><br>3:11-cv-01814-RS<br><br><br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

Crystal Lei                    ☐ Plaintiff  ☐ Defendant  ☑ Other Appellee
    *Name of Party*

hereby request the Court approve the substitution of __Mark A. Serlin__
                                                         *New Attorney*

as attorney of record in place and stead of __Cathy Ann Hongola-Baptista and Michael J. Betz__
                                                         *Present Attorney*

Dated December 9, 2016
                                            *Signature of Party/Authorized Representative of Party*

---

I have been given notice of the substitution request and consent to the above substitution.

Dated December 21, 2016
                                      *Signature of Present Attorney*

---

I am duly admitted to practice in this District and accepts the substitution.

Dated December 12, 2016
                                      *Signature of New Attorney*
                                      CSBN: 122155
                                      *State Bar Number*

---

If party requesting to appear Pro Se:

Dated _____
                                      *Signature of Requesting Party*

---

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY