Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA 95814
Telephone: (916) 446-0790
Facsimile: (916) 446-0791

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAS YAN<br><br>Appellant,<br>v.<br><br>TONY FU, et al.<br><br>Appelle(s). | CASE NUMBER:<br><br>3:11-cv-01814-RS<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

    Crystal Lei    ☐ Plaintiff  ☐ Defendant  ☑ Other Appellee
*Name of Party*

to substitute     Mark A. Serlin     who is

☑ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

700 E Street
*Street Address*

Sacramento, CA 95814    mserlin@globelaw.com
*City, State, Zip*    *E-Mail Address*

(916) 446 0790    (916) 446 0791    122155
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record in place and stead of Michael J. Betz
*Present Attorney*

**is hereby**    ☐ **GRANTED**    ☐ **DENIED**

Dated _____    _____
    U. S. District Judge/U.S. Magistrate Judge