Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA 95814
Telephone: (916) 446-0790
Facsimile: (916) 446-0791

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAS YAN <br><br>        v. <br><br> Appellant, | CASE NUMBER: <br><br> 3:11-cv-01814-RS |
| TONY FU, et al. <br><br> Appelle(s). | ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

_____Crystal Lei_____ ☐ Plaintiff ☐ Defendant ☑ Other Appellee
    *Name of Party*

to substitute _____Mark A. Serlin_____ who is

   ☑ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

_____700 E Street_____
            *Street Address*

_____Sacramento, CA 95814_____     _____mserlin@globelaw.com_____
    *City, State, Zip*                     *E-Mail Address*

____(916) 446 0790____     ____(916) 446 0791____     _____122155_____
  *Telephone Number*           *Fax Number*            *State Bar Number*

as attorney of record in place and stead of Michael J. Betz

                                  *Present Attorney*

**is hereby**    ☒ **GRANTED**    ☐ **DENIED**

Dated ____12/29/16____

                         U. S. District Judge/U.S. Magistrate Judge