```
Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA 95814
Telephone:    (916) 446-0790
Facsimile:    (916) 446-0791
Email: mserlin@globelaw.com

Attorneys for Appellees
CRYSTAL LEI and BRYANT FU
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAS YAN,<br><br>　　　　Appellant,<br><br>vs.<br><br>TONY FU, CRYSTAL LEI, WEI SUEN, BRYANT FU, and STELLA HONG CHEN,<br><br>　　　　Appellees. | CASE NO. 3:11-cv-01814-RS<br><br>**APPLICATION FOR ORDER FOR APPEARANCE AND EXAMINATION** |

Appellee/judgment creditor Crystal Lei ("Lei") hereby applies for an order for examination of appellant/judgment debtor Demas Yan ("Yan") to enforce the judgment/attorneys' fees order entered in favor of Lei against Yan on April 24, 2014 in the amount of $35,004.71. A true and correct copy of the abstract of judgment issued by the Court on March 11, 2016 in this matter is attached hereto as <u>Exhibit A</u>. Attached hereto as <u>Exhibit B</u> is a proposed order for examination of Yan. Lei wishes to perform the examination during the last week of June, 2017 and requests the Court set the examination for a date in late June, 2017.

DATED: May 5, 2017                                    SERLIN & WHITEFORD, LLP


                                                By:    _/s/ Mark A. Serlin_
                                                       MARK A. SERLIN, Attorneys for Appellees
                                                       CRYSTAL LEI and BRYANT FU

---

EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | PHONE NUMBER |
|---|---|
| ☐ Recording requested by and return to:<br>Crystal Lei<br>337-28th Avenue<br>San Francisco, CA 94121 | (415) 221 - 0969 |

☐ ATTORNEY FOR    ☒ JUDGMENT CREDITOR    ☐ ASSIGNEE OF RECORD

NAME OF COURT: U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY, STATE, ZIP: San Francisco, CA 94102
PHONE NUMBER: (415) 522 - 2000

FOR RECORDER'S USE ONLY

PLAINTIFF: Demas Wai Yan
DEFENDANT: Crystal Lei, et al.

**ABSTRACT OF JUDGEMENT**    ☐ Amended    CASE NUMBER: 3:11-cv-01814-RS

FOR COURT USE ONLY

1. The ☒ judgment creditor ☐ assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   
   Name and last known address
   
   Demas Wai Yan
   1433 7th Avenue
   San Francisco, CA 94122
   
   b. Driver's license # and state: _____ ☒ Unknown
   c. Social Security #: _____ ☒ Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):Demas Wai Yan, 1433 7th Avenue, S.F. CA 94122
   e. ☐ Original abstract recorded in this county:
      (a) Date:
      (b) Instrument #:
   f. ☐ Information on additional judgment debtors is shown on page two.

Date: 3/9/2016    Crystal Lei
(TYPE OR PRINT NAME)

▶ (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. ☒ I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. ☐ A certified copy of the judgment is attached.

3. Judgment creditor (name and address): Crystal Lei
   337-28th Avenue, San Francisco, CA 94121

4. Judgment debtor (full name as it appears in judgment): Demas Wai Yan

5. a. June 24, 2014
   Judgment entered on (date):
   b. Renewal entered on (date):

6. Total amount of judgment as entered or last renewed: $35,004.71

7. ☐ An    ☐ execution lien
   ☐ attachment lien
   is endorsed on the judgment as follows:
   a. ☐ Amount $:
   b. ☐ In favor of (name and address):

8. A stay of enforcement has:
   a. ☒ not been ordered by the court
   b. ☐ been ordered by the court effective until (date):

9. ☐ This judgment is an installment judgment.

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2003]

**ABSTRACT OF JUDGMENT**
(CIVIL)

Page 1 of 2
Code of Civil Procedure, §§ 488.480
674, 700.190

American LegalNet, Inc.
www.USCourtForms.com

**EXHIBIT A**

| [SEAL] | This abstract issued on (date):<br><br>**MAR 11 2016** | CLERK U.S. DISTRICT COURT<br>450 GOLDEN GATE AVE., BOX 36060<br>SAN FRANCISCO, CA 94102<br>**SUSAN Y. SOONG**      GINA AGUSTINE<br>Clerk, by _____, Deputy |

| PLAINTIFF: | Demas Wai Yan | Case #: |
| DEFENDANT: | Crystal Lei, et al | 3:11-cv-01814 |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10. Name and last known address

Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

14. Name and last known address

Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

11. Name and last known address

Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

15. Name and last known address

Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

12. Name and last known address

Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

16. Name and last known address

Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

13. Name and last known address

Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

17. Name and last known address

Driver's license # and state: ☐ Unknown
Social Security #: ☐ Unknown
Summons was personally served at or mailed to (address):

18. ☐ Continued on Attachment 18.

AT-138/EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: 122155 | FOR COURT USE ONLY |
|---|---|---|
| NAME: Mark A. Serlin | | |
| FIRM NAME: SERLIN & WHITEFORD, LLP | | |
| STREET ADDRESS: 700 E Street | | |
| CITY: Sacramento    STATE: CA    ZIP CODE: 95814 | | |
| TELEPHONE NO.: (916) 446-0790    FAX NO.: (916) 446-0791 | | |
| E-MAIL ADDRESS: mserlin@globelaw.com | | |
| ATTORNEY FOR (name): Crystal Lei | | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS: 450 Golden Gate Avenue
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

PLAINTIFF Demas Yan

DEFENDANT Tony Fu, et al.

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [x] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person) | 3:11-cv-01814-RS |
| [x] Judgment Debtor   [ ] Third Person | |

### ORDER TO APPEAR FOR EXAMINATION

1. TO (name): Demas Yan
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [x] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

| Date: | Time: | Dept. or Div.: | Rm.: |
|---|---|---|---|
| Address of court [x] is shown above   [ ] is: | | | |

3. This order may be served by a sheriff, marshal, registered process server, **or** the following specially appointed person (name):

Date: _____
                                    JUDGE

**This order must be served not less than 10 days before the date set for the examination.**
### IMPORTANT NOTICES ON REVERSE

### APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [x] Original judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): Demas Yan
   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [x] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: May 5, 2017

Mark A. Serlin                                              
(TYPE OR PRINT NAME)                                        (SIGNATURE OF DECLARANT)

(Continued on reverse)                                                          Page 1 of 2

| Form Adopted for Mandatory Use | APPLICATION AND ORDER FOR | Legal Solutions Plus | Code of Civil Procedure, |
|---|---|---|---|
| Judicial Council of California | APPEARANCE AND EXAMINATION | | §§ 491.110, 708.110, 708.120, 708.170 |
| AT-138/EJ-125 [Rev. January 1, 2017] | (Attachment—Enforcement of Judgment) | | www.courts.ca.gov |

**EXHIBIT B**

AT-138/EJ-125

| Information for Judgment Creditor Regarding Service |
|---|
| If you want to be able to ask the court to enforce the order on the judgment debtor or any third party, you must have a copy of the order personally served on the judgment debtor by a sheriff, marshal, registered process server, or the person appointed in item 3 of the order at least 10 calendar days before the date of the hearing, and have a proof of service filed with the court. |

**IMPORTANT NOTICES ABOUT THE ORDER**

| APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT) |
|---|
| **NOTICE TO JUDGMENT DEBTOR**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding. |

| APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT) |
|---|
| **(1) NOTICE TO PERSON SERVED**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding. |
| **(2) NOTICE TO JUDGMENT DEBTOR**  The person in whose favor the judgment was entered in this action claims that the person to be examined under this order has possession or control of property that is yours or owes you a debt. This property or debt is as follows *(describe the property or debt)*: |
| If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived. |

| APPEARANCE OF A THIRD PERSON (ATTACHMENT) |
|---|
| **NOTICE TO PERSON SERVED**  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding. |

| APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION |
|---|
| It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts. |

 **Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation* (form MC-410). (Civil Code, § 54.8.)

AT-138/EJ-125 [Rev. January 1, 2017] — **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION** (Attachment—Enforcement of Judgment) — Page 2 of 2