Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA 95814
Telephone:   (916) 446-0790
Facsimile:    (916) 446-0791
Email: mserlin@globelaw.com

Attorneys for Judgment Creditor
CRYSTAL LEI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAS YAN,<br><br>　　　　Appellant,<br><br>vs.<br><br>TONY FU, CRYSTAL LEI, WEI SUEN, BRYANT FU, and STELLA HONG CHEN,<br><br>　　　　Appellees. | CASE NO. 3:11-cv-01814-RS<br><br>**PROOF OF SERVICE OF ORDER OF EXAMINATION ON DEMAS YAN**<br><br>Date:   June 27, 2017<br>Time:   9:00 a.m.<br>Ctrm:   F |

---

PROOF OF SERVICE                               1                              *Yan v. Fu, et al.*
                                                                              Case No. 3:11-cv-01814-RS

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| SERLIN & WHITEHEAD<br>700 E STREET<br>SACRAMENTO, CA  95814 | (916) 446-0790 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00267524-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
YAN vs. FU

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:11-CV-01814-RS |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION; CIVIL SUBPOENA (DUCES TECUM) FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS AND THINGS AT TRIAL OR HEARING AND DECLARATION;

Name: DEMAS YAN

Date of Delivery: May 12, 2017    HDATE:
Time of Delivery: 09:28 am

Place of Service: 400 MCALLISTER ST. #302
SAN FRANCISCO, CA 94102                    **(Business)**

Manner of Service:    **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:    $ 75.00

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: San Francisco County,
Number: 1180
Expiration Date: 10/14/2018
PREFERRED LEGAL SERVICES, INC.
601 Van Ness Ave, Suite J
San Francisco, CA 94102
(415) 882-2250

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: May 12, 2017
at: San Francisco, California.

Signature: [signed]
Name: NATE FREED
Title: (i) registered California process server