1  Mark A. Serlin, CSBN: 122155
   SERLIN & WHITEFORD, LLP
2  700 E Street
   Sacramento, CA 95814
3  Telephone:    (916) 446-0790
   Facsimile:    (916) 446-0791
4  Email: mserlin@globelaw.com

5  Attorneys for Judgment Creditor
   CRYSTAL LEI
6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  DEMAS YAN,                          )  CASE NO. 3:11-cv-01814-RS
                                        )
12            Appellant,                )
                                        )
13  vs.                                 )  **REQUEST TO TAKE CONTINUED**
                                        )  **DEBTOR'S EXAMINATION OFF**
14                                      )  **CALENDAR**
    TONY FU, CRYSTAL LEI, WEI SUEN,     )
15  BRYANT FU, and STELLA HONG          )
    CHEN,                               )  Date:  July 24, 2017
16                                      )  Time:  9:00 a.m.
                                        )  Ctrm:  F
17            Appellees.                )

18  ────────────────────────────────

19        The initial examination of judgment debtor Demas Yan occurred on June 27, 2017 and was

20  continued to July 24, 2017 at 9:00 a.m. in Courtroom F of this Court.   Judgment creditor Crystal

21  Lei no longer wishes to proceed with the continued examination and hereby requests the Court

22  take the continued debtor's examination off calendar.

23  DATED: July 18, 2017                          SERLIN & WHITEFORD, LLP

24

25
                                        By:  _____*/s/ Mark A. Serlin*_____
26                                           MARK A. SERLIN, Attorneys for Judgment
                                             Creditor CRYSTAL LEI
27

28  S:\Active Files\LEI & FU\federal court action\court docs\oex application.cancellation request.docx

────────────────────────────────────────────────────────────────
REQUEST TO TAKE CONTINUED DEBTOR'S            1                     *Yan v. Fu, et al.*
EXAMINATION OFF CALENDAR                                    Case No. 3:11-cv-01814-RS