1  Mark A. Serlin, CSBN: 122155
   SERLIN & WHITEFORD, LLP
2  700 E Street
   Sacramento, CA 95814
3  Telephone:    (916) 446-0790
   Facsimile:    (916) 446-0791
4  Email: mserlin@globelaw.com

5  Attorneys for Judgment Creditor
   CRYSTAL LEI
6

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  DEMAS YAN,                          )  CASE NO. 3:11-cv-01814-RS
                                        )
12            Appellant,                )
                                        )  **APPLICATION FOR ISSUANCE OF**
13  vs.                                 )  **ORDER TO SHOW CAUSE RE**
                                        )  **CONTEMPT AGAINST DEMAS YAN**
14                                      )
    TONY FU, CRYSTAL LEI, WEI SUEN,     )
15  BRYANT FU, and STELLA HONG          )
    CHEN,                               )
16                                      )
                                        )
17            Appellees.                )
                                        )
18  ———————————————————————            )

19        Judgment creditor Crystal Lei ("Lei") hereby applies for the issuance of an order to show

20  cause re contempt directed to judgment debtor Demas Yan ("Yan").  Yan, an attorney presently

21  subject to State Bar disciplinary proceedings and against whom the judgment herein arose by way

22  of conduct deemed so egregious by the Ninth Circuit Court of Appeals that he was permanently

23  banned from appearing in that court, is, in a word, untenable.  The abject refusal to comply with a

24  subpoena duces tecum duly served upon him and as to which no objection was ever filed or served,

25  amply warrants the issuance of an order to show cause re contempt.

26        Per the accompanying declaration of Mark A. Serlin, in connection with an order to appear

27  for a debtor's examination, Lei caused a subpoena duces tecum for records to be personally served

28  on Yan along with the order to appear for examination.  Yan appeared for the examination, but

1   failed to bring any documents with him whatsoever.   Despite being ordered by the Court during

2   the course of the examination to produce such documents, Yan has only belatedly produced a few

3   business bank statements and no other documents.   As an attorney, Yan clearly understands the

4   importance of a subpoena and the necessity to produce documents pursuant thereto.   Yan's abject

5   and clearly willful failure to produce virtually any documents pursuant to the subpoena is manifest

6   contempt of court.   Therefore, it is appropriate and necessary that the Court issue an order

7   directing Yan to show cause, if any he has, as to why he should not be held in contempt for willful

8   failure to comply with a court order in the form of the subpoena.

9   DATED: July 19, 2017                                    SERLIN & WHITEFORD, LLP

10

11

12                                              By:  _____/s/ Mark A. Serlin_____
                                                     MARK A. SERLIN, Attorneys for Judgment
13                                                   Creditor CRYSTAL LEI

14

15

16

17

18

19

20

21

22

23

24

25

26   S:\Active Files\LEI & FU\federal court action\court docs\contempt.application.docx

27

28

_____

APPLICATION FOR ISSUANCE OF ORDER TO SHOW                    2                              *Yan v. Fu, et al.*
CAUSE RE CONTEMPT AGAINST DEMAS YAN                                              Case No. 3:11-cv-01814-RS