1

2

3

4              UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7    DEMAS YAN,                              Case No. 11-cv-01814-RS   (JSC)

8              Appellant,
                                             **ORDER TO SHOW CAUSE TO**
9        v.                                  **DEMAS YAN**

10   TONY FU, et al.,

11             Appellees.

12

13       The Ninth Circuit awarded sanction to Appellees and against Appellant Demas Yan in the

14   amount of $35,004.71.  Mr. Yan refused to pay the sanctions. An abstract of judgment was filed

15   on March 11, 2016.  Mr. Yan still refused to pay the sanctions.  A debtor's exam was held on June

16   27, 2017; however, Mr. Yan failed to bring the subpoenaed documents.  The Court therefore

17   terminated the exam and ordered Mr. Yan to produce the subpoenaed documents to Appellees.

18   According to Appellees, he has failed to do so.  (Dkt. No. 50.)

19       Accordingly, the Court orders Demas Yan to show cause why he should not be held in

20   contempt for failing to produce the subpoenaed documents.  Mr. Yan's written response must be

21   filed on or before July 31, 2017. Appellees' response, if any, shall be filed by August 4, 2017.

22   The Court will hold a show cause hearing on August 10, 2017 at 9:00 a.m.  Mr. Yan shall appear

23   in person.

24       This Order terminates docket no. 50.

25       **IT IS SO ORDERED.**

26   Dated: July 24, 2017

27                                           _____
                                             JACQUELINE SCOTT CORLEY
28                                           United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YAN,

             Plaintiff,

      v.

FU,

             Defendant.

Case No.  11-cv-01814-RS   (JSC)

**CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

       That on July 24, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demas  Yan
595 Market Street, Suite 1350
San Francisco, CA 94105

Demas Wai Yan
100 Pine Street #1250
San Francisco, CA 94111

Dated: July 24, 2017

Susan Y. Soong
Clerk, United States District Court

By: _____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

*United States District Court*
*Northern District of California*