DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
Appellant in Pro Se

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAS YAN,<br><br>　　　　Appellant,<br><br>　　　　vs.<br><br>TONY FU et al.,<br>　　　　Appellees. | Case No.: 3:11-CV-01814-RS<br><br>DEMAS YAN'S DECLARATION IN RESPONSE TO ORDER TO SHOW CAUSE<br><br>Date: Aug. 10, 2017<br>Time: 9:00 am<br>Dept. F<br>Magistrate Judge: Jacqueline Corley |

Appellant DEMAS YAN files this response to OSC by declaration as follows.

I, DEMAS YAN, declare:

1. I had complied with order to produce documents responsive to subpoena. Those documents were served by email on July 14, 2017 to counsel Mark Serlin. True and correct copy of email is attached as Exhibit A.
2. Prior to sending that email with document productions on July 14, 2017, I was attempting to meet and confer with Mr. Serlin on a related matter, but I was informed by his office only July 7 that he was out of office until July 17, 2017. True and correct copy of that email is attached as Exhibit B.

I declare under penalty of perjury under laws of California that the foregoing is true and correct.

Dated: 7/27/17

By: /s/
DEMAS YAN

- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>EXHIBIT A</u>

 Dennis Yan <anewlaw@gmail.com>

---

## statements

---

**Dennis Yan** <anewlaw@gmail.com>  Fri, Jul 14, 2017 at 6:29 PM
To: Mark Serlin <mserlin@globelaw.com>

---

**23 attachments**

- **3c1f11c2-b548-4ef4-b0d1-245c8b1a202d.pdf**
  21K
- **41b67649-bee5-4f5f-93f3-8bd48d00611d.pdf**
  21K
- **97c9aa16-0b05-42cb-9b4f-1863a8bc5ae8.pdf**
  20K
- **0117.pdf**
  22K
- **0217.pdf**
  22K
- **0317.pdf**
  25K
- **0317s.pdf**
  25K
- **0417.pdf**
  24K
- **0417s.pdf**
  24K
- **0517.pdf**
  22K
- **0517s.pdf**
  21K
- **0617.pdf**
  22K
- **0816.pdf**
  25K
- **0916.pdf**
  22K
- **1016.pdf**
  23K
- **1116.pdf**
  23K
- **1216.pdf**
  23K
- **53853620-1b29-4427-a555-9097e9206854.pdf**
  21K
- **e47e7e29-38b0-4295-abd6-59695fa21958.pdf**
  20K

📄 **ecaa073a-fc70-44d3-a448-fc794e504efa.pdf**
22K

📄 **ffded3ae-bde2-439f-a61d-8eabf08ee665.pdf**
21K

📄 **statements_display.pdf**
134K

📄 **853fab6e-32e7-4d9d-b1af-f06942ffbfad.pdf**
23K

# EXHIBIT B

                                                            Dennis Yan <anewlaw@gmail.com>

## meet & confer re memorandum of costs (11-cv-01814)

**Mark Serlin** <mserlin@globelaw.com>                                         Fri, Jul 7, 2017 at 11:33 AM
To: Dennis Yan <anewlaw@gmail.com>

Mr. Yan,

As we have already told you, Mark Serlin is on vacation this week and next.  Therefore, he will be unavailable to meet and confer on this matter.  I have attempted to assist to the extent I can, but this is not a file I am working on, nor able to discuss further.  If you would like to meet and confer further, please contact Mr. Serlin on or after July 17th.

Best regards,
Kevin Whiteford

-----Original Message-----
From: Dennis Yan [mailto:anewlaw@gmail.com]
[Quoted text hidden]