# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 10, 2017 | **Time:** 17 Minutes | **Judge:** Jacqueline Scott Corley |
|---|---|---|
| **Case No.:** 3:11-cv-01814-RS (JSC) | **Case Name:** Yan v. Fu | |

**Appellant:** Demas Yan (pro per)
**Creditor/Appellee:** Mark A. Serlin telephonic appearance via CourtCall

**Deputy Clerk:** Lashanda Scott          **FTR Digital Recording:** 9:01-9:18

## PROCEEDINGS

Order to Show Cause hearing.  Hearing held.  Court will issue an order.