UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMAS YAN,

        Appellant,

    v.

CRYSTAL LEI, et al.,

        Appellees.

Case No. 11-cv-01814-RS   (JSC)

**ORDER COMPELLING YAN TO PRODUCE DOCUMENTS**

These proceedings arise out of Crystal Lei's attempt to collect a judgment she obtained against Demas Yan to cover attorneys' fees and costs she incurred in connection with a Ninth Circuit appeal pursued by Yan. After Yan did not bring subpoenaed documents to his judgment debtor exam, the Court ordered him to produce the subpoenaed documents. He subsequently produced a few documents, but failed to produce the majority. Accordingly, at the judgment creditor's request, the Court issued an Order to Show Cause why Mr. Yan should not be held in contempt. The Court held a hearing on August 10, 2017 at which Mr. Yan appeared in person.

As discussed on the record at the hearing, Mr. Yan is ordered to produce the following documents to the judgment creditor's counsel on or before August 31, 2017:

- Tax returns for the years 2016, 2015 and 2014
- Documents pertaining to the Fung judgment assignment to the extent he has any interest in the judgment
- Documents relating to the sale of the Hong Kong condominium he listed on his bankruptcy disclosures
- Documents relating to payments for office rent and expenses from 2014 to the present

- Monthly bank statements from 2014 to the present
- Documents evidencing loans made by or to Mr. Yan from 2014 to the present
- Documents evidencing trusts in which Mr. Yan is the trustor, trustee or beneficiary from 2014 to the present
- Documents identifying deposit accounts to which Mr. Yan has signature authority from 2014 to the present
- Documents evidencing any sources of income from 2014 to the present (but not including attorney-client documents).

The Order to Show Cause (Dkt. No. 52) is discharged. Should the judgment creditor wish to bring a further ex parte motion for an order to show cause, the creditor's motion must set forth the authority for the requested order and proposed remedies.

**IT IS SO ORDERED.**

Dated: August 10, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN,<br><br>              Plaintiff,<br><br>  v.<br><br>FU,<br><br>              Defendant. | Case No. 3:11-cv-01814-RS   (JSC)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demas W Yan
300 Frank H. Ogawa Plaza
#218
oakland, CA 94612

Tony Fu
5813 Geary Boulevard
PMB 188
San Francisco, CA 94121

Dated: August 10, 2017

                                      Susan Y. Soong
                                      Clerk, United States District Court

                                      By:_____
                                      Lashanda Scott, Deputy Clerk to the
                                      Honorable JACQUELINE SCOTT CORLEY