Mark A. Serlin, CSBN: 122155
SERLIN & WHITEFORD, LLP
700 E Street
Sacramento, CA 95814
Telephone:   (916) 446-0790
Facsimile:    (916) 446-0791
Email: mserlin@globelaw.com

Attorneys for Judgment Creditor
CRYSTAL LEI

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAS YAN,<br><br>            Appellant,<br><br>vs.<br><br>TONY FU, CRYSTAL LEI, WEI SUEN, BRYANT FU, and STELLA HONG CHEN,<br><br>            Appellees. | CASE NO. 3:11-cv-01814-RS<br><br>**RENEWED APPLICATION FOR ISSUANCE OF ORDER TO SHOW CAUSE RE CONTEMPT AGAINST DEMAS YAN** |

Judgment creditor Crystal Lei ("Lei") hereby applies for the issuance of an order to show cause re contempt directed to judgment debtor Demas Yan ("Yan"). The Court ordered Yan on August 10, 2017 (docket no. 60) to produce various documents, including tax returns, to Lei. Per the accompanying declaration of Mark A. Serlin, Yan has failed and refused to comply with the Court's order and has only produced a few bank statements. Yan's abject failure and refusal to produce documents which should have already been produced long ago has caused Lei to incur significant costs in trying to obtain the documents. Lei thus requests that monetary sanctions be imposed against Yan. In order to induce Yan to comply with the Court's order, it is therefore appropriate and necessary that the Court issue an order directing Yan to show cause, if any he has,

---

1  as to why he should not be held in contempt for his willful failure to comply with the Court's order
2  and why monetary sanctions should not be imposed upon him.
3  DATED: September 5, 2017                              SERLIN & WHITEFORD, LLP

              By:   */s/ Mark A. Serlin*
                    MARK A. SERLIN, Attorneys for Judgment
                    Creditor CRYSTAL LEI

S:\Active Files\LEI & FU\federal court action\court docs\2contempt.application.docx