UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAS YAN,<br><br>    Appellant,<br><br>    v.<br><br>CRYSTAL LEI, et al.,<br><br>    Appellees. | Case No. 11-cv-01814-RS (JSC)<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 62 |

These proceedings arise out of Crystal Lei's attempt to collect a judgment she obtained against Demas Yan to cover attorneys' fees and costs she incurred in connection with a Ninth Circuit appeal pursued by Yan. After Yan did not bring subpoenaed documents to his judgment debtor exam, the Court ordered him to produce the subpoenaed documents. He subsequently produced a few documents, but failed to produce the majority. Accordingly, at the judgment creditor's request, the Court issued an Order to Show Cause why Mr. Yan should not be held in contempt. The Court held a hearing on August 10, 2017 at which Mr. Yan appeared in person.

After the August 10, 2017 hearing, the Court ordered Mr. Yan to produce nine categories of financial documents by August 31, 2017, including: tax returns for 2014-2016, documents related to the Fung judgment assignment, documents related to the sale of a Hong Kong condominium, payments for office rent and expenses, monthly bank statements since 2014, loans made, trust documents, documents identifying deposit accounts, and sources of income. (Dkt. No. 60.) The previous Order to Show Cause was otherwise discharged.

Creditor Crystal Lei asserts that Mr. Yan has yet to produce the financial documents. (Dkt. No. 62-2 ¶ 6.) Creditor seeks $6,407.50 in attorneys' fees and costs incurred in appearing for Mr. Yan's judgment debtor examination and preparing the applications for orders to show cause as a

sanction pursuant to Federal Rule of Civil Procedure 37 and 28 U.S.C. § 1927.  She also asks the Court to order Mr. Yan to pay $500 each day Mr. Yan fails to produce the financial documents to compel compliance with the Court's order.

The Court orders Mr. Yan to show cause why he should not (1) pay the Creditor's attorneys' fees and costs for failing to comply with the subpoena and court orders, and (2) be held in contempt for failing to produce the court-ordered documents.  Mr. Yan's written response must be filed on or before October 13, 2017.  Creditor's reply, if any, shall be filed by October 20, 2017.  The Court will hold a show cause hearing on October 27, 2017 at 11:00 a.m.  The parties shall appear in person.

This Order terminates Docket No. 62

**IT IS SO ORDERED.**

Dated: October 3, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge