DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
Appellant in Pro Se

UNITED  STATES  DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAS YAN,<br><br>        Appellant,<br><br>        vs.<br><br>TONY FU et al.,<br>        Appellees. | **Case No.: 3:11-CV-01814-RS**<br><br>DEMAS YAN'S RESPONSE TO ORDER TO SHOW CAUSE<br><br>Date:  October 27, 2017<br>Time:  11:00 am<br>Dept. F<br>Magistrate Judge: Jacqueline Corley |

Appellant DEMAS YAN hereby files this response and accompanying Declaration in response to OSC.

CRYSTAL LEI'S ASSERTION THAT I HAVE YET TO PRODUCE FINANCIAL RECORDS IS FALSE

I had timely complied with the court's August 10, 2017 order to produce documents by August 31, 2017.   On August 31, 2017, I sent responses and documents by email to Crystal Lei's counsel Mark Serlin with responses to the categories[1] of documents with electronic copies of documents attached to the email.  See Yan Dec., Ex. A.  I had complied fully with Court's order to the best of my ability.

//

---

[1] In my email, I had identified eight categories of documents.  I was not aware that there was not eight but nine categories as stated in the OSC.

I DID NOT KNOW THERE WAS OBJECTION TO MY RESPONSES.

If Crystal Lei or her counsel Mark Serlin had objections to my responses sent on August 31, 2017, I was not made aware of them.  This is the first time, by this OSC, that I am aware of any objections to my responses.   There was no meet and confer or any communication from them regarding the sufficiency or lack thereof of my responses.

I HAVE ATTEMPTED TO ANSWER THIS OSC AS I UNDERSTAND IT.

The OSC states that "Crystal Lei asserts that Mr. Yan has yet to produce the financial documents."  Dkt. No. 64, p. 1:26.   I believe that, by the foregoing responses and accompany declaration and exhibit, I have responded substantively to this OSC.  The OSC does not mention, and I am not aware, that there is objection as to any claim of privilege, therefore I will not address any issue that was not raised in the OSC other than the single allegation that "Mr. Yan has yet to produce the financial documents."

Date:  10/12/2017
Respectfully Submitted,

/s/Demas Yan
In Pro Se.