DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
Appellant in Pro Se

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

DEMAS YAN,

    Appellant,

vs.

TONY FU et al.,

    Appellees.

Case No.: 3:11-CV-01814-RS

DECLARATION OF DEMAS YAN IN RESPONSE TO ORDER TO SHOW CAUSE

Date: October 27, 2017
Time: 11:00 am
Dept. F
Magistrate Judge: Jacqueline Corley

I, DEMAS YAN, declare,

1. I had timely complied with the court's August 10, 2017 order to produce documents by August 31, 2017. On August 31, 2017, I sent responses and documents by email to Crystal Lei's counsel Mark Serlin. Attached as Exhibit A is a true and correct copy of that email.
2. I am not aware of any objections to my responses sent on August 31, 2017. This is the first time, by this OSC, that I am aware of any objections to my responses. There was no meet and confer or any communication from Crystal Lei or her counsel Mark Serlin.

I declare under penalty of perjury in the state of California that the foregoing is true and correct.

Dated: 10/12/2017

/s/Demas Yan
In Pro Se.

- 1

# EXHIBIT A



Dennis Yan <anewlaw@gmail.com>

## RESPONSE TO ORDER TO PRODUCE DOCUMENTS

**Dennis Yan** <anewlaw@gmail.com>  
To: Mark Serlin <mserlin@globelaw.com>

Thu, Aug 31, 2017 at 11:02 AM

1. Tax returns for 2014-2016:

Response - On advise of counsel, I assert the Fifth Amendment privilege. Privilege against self-incrimination apples to testimony as well as compel production of documents.  Act of Production is tantamount to testimony as to existence, custody, and authentication of documents. United States v. Doe 465 U.S. 605 (1984).  "The right to assert one's privilege against self-incrimination does not depend upon the likelihood, but upon the possibility of prosecution." In re Master Key Litig., 507 F.2d 292, 293 (9th Cir. 1974) (citing Hoffman v. United States, 341 U.S. 479, 486-87 (1951)); Isaacs v. United States, 256 F.2d 654, 658 (8th Cir. 1958).  There is no requirement that a criminal action be ongoing, and in fact, one may assert the privilege against self-incrimination even when "the federal government and the states do not appear particularly interested in bringing criminal actions." Master Key, 507 F.2d at 293.  Moreover, the fact that the Fifth Amendment privilege is raised in a civil proceeding rather than a criminal prosecution does not deprive a party of its protection. Lefkowitz v. Cunningham, 431 U.S. 801, 805 (1977).

2.  Documents pertaining to Fung judgment assignment  
Response - I have no documents other than communications subject to attorney-client privilege.

3.  Documents related to Hong Kong condo.  
Response - I have no documents in my possession, custody or control..

4.  Documents related to payments for office rent 2014 to present.  
Response - I have no documents for payments other than information reflected in bank statements provided.

5.  Monthly bank statements 2014 to present.  
Response - see attached.

6.  Documents evidencing trusts.  
Response - I have no documents in my possession, custody or control..

7.  Documents identifying deposit accounts.  
Response - I have no other documents other than those in response to no. 5.

8.  Documents evidencing sources of income 2014 to present.  
Response - i have no documents that are not attorney-client privileged.

**88 attachments**

- fa861cf5-871c-48cd-91c0-8f9207114c34 (1).pdf  
  21K
- fa861cf5-871c-48cd-91c0-8f9207114c34.pdf  
  21K
- ffded3ae-bde2-439f-a61d-8eabf08ee665.pdf  
  21K
- 0c9d7b22-d0b9-4947-8e6a-b12da218679c.pdf

22K

1c6f3263-2594-437d-aa41-de34c8a4b310.pdf
19K

1f2a2f86-5a48-42d0-9078-752b488d2821.pdf
22K

2e901978-f819-49b9-bc81-9ac277e91d98.pdf
19K

2fcc35be-cdd6-4e5a-a9d6-aa4632cb102a.pdf
19K

3c1f11c2-b548-4ef4-b0d1-245c8b1a202d.pdf
21K

3ed95e1a-aece-41ec-a251-0f5b08f092f7.pdf
25K

3fc8ce33-9db8-4ffb-bfd3-d5c79553adc4.pdf
23K

05d8520a-e1fa-4862-8b47-336de3b5cca4.pdf
24K

6ed57a6b-17d3-4853-a67d-d44d6405053c.pdf
19K

8f31c2ff-2966-4cd5-9441-c0ea20a77257.pdf
22K

8f669ae1-cd91-4135-96b4-2b6324738d1b.pdf
22K

09bfe287-f1bc-4174-8176-1ba2bc429202.pdf
19K

9a6bb5d7-c7e7-43ea-b4a3-3d6fbd733936.pdf
25K

9a8aa945-9276-47de-8a3d-48c190d9bf2b.pdf
20K

9ac15718-8eb6-4bfd-bfe2-8a6b00691cb1.pdf
22K

14f3a199-51f8-4653-b720-75b50d444762.pdf
23K

19a91801-c2b2-44fc-b7cc-8ceba3315a87.pdf
20K

41b67649-bee5-4f5f-93f3-8bd48d00611d.pdf
21K

52f3ce56-41a6-469f-a9a9-560adfaf1616.pdf
22K

55fe6732-7efb-4a31-a8bd-6f1a0ac9eead.pdf
24K

074cb1f6-d92f-4bcf-a3bd-f499cc9607d0.pdf
21K

75c1f4a1-be54-4c1d-8404-61d9c0dca9ab.pdf
21K

86ebf353-c02d-437b-a9a1-fcf6b8574148.pdf
20K

96a2fb94-b359-41bb-95de-768145137ff4.pdf
21K

- 97c9aa16-0b05-42cb-9b4f-1863a8bc5ae8.pdf 20K
- 98f4a654-040b-48b2-8f75-49cd687ee50a.pdf 20K
- 0117.pdf 22K
- 0217.pdf 22K
- 281bed12-94f2-4c70-833b-77d138241efa.pdf 19K
- 0317.pdf 25K
- 0317s.pdf 25K
- 325fa517-790c-48f4-8ffd-d3104c3683cd.pdf 21K
- 0417.pdf 24K
- 0417s.pdf 24K
- 515cd6c8-41b6-43e5-a119-a014f99929a9.pdf 25K
- 0517.pdf 22K
- 0517s.pdf 21K
- 0617.pdf 22K
- 814d52a1-2fa6-44a2-a525-b5d175603ae3.pdf 22K
- 0816.pdf 25K
- 853fab6e-32e7-4d9d-b1af-f06942ffbfad.pdf 23K
- 863cb313-b31f-443e-a897-2d63ef4253ef.pdf 21K
- 898f4fc2-18b9-4131-917c-3609371b774b (1).pdf 20K
- 0916.pdf 22K
- 1016.pdf 23K
- 01090fe8-cc6e-4b1c-b287-c49eacc8b10a.pdf 21K
- 1116.pdf 23K
- 1216.pdf 23K
- 3988b007-b077-4c51-9651-9ec81057069a.pdf

- 19K
- 8683f624-fa4f-4bdf-8540-0c7085d985f0.pdf 19K
- 10821c55-a9a6-4931-948b-99732def4dd9.pdf 23K
- 21603ea0-2bdc-4c88-9dd2-de201d90b72d.pdf 22K
- 62465afd-936e-442c-8398-8e85f6d2a4d5.pdf 21K
- 72108ab5-a81e-4d99-ada1-4586a32ca239.pdf 22K
- 73063fe4-9388-477f-8a67-1c586f2898b4.pdf 19K
- 94494abb-832d-412b-a690-2d8b78d8a751.pdf 19K
- 418313f2-0633-4d23-8525-1b2c91d42a76.pdf 21K
- 7748001b-a102-428e-a157-4dce1a110948.pdf 22K
- 53853620-1b29-4427-a555-9097e9206854.pdf 21K
- 58991610-632d-4e97-88fb-303d7ad417df.pdf 19K
- a37e1e44-1b4c-4095-aa87-e20f302d785a.pdf 20K
- a3319ef6-515a-4dde-b00b-5009dbf6406d.pdf 22K
- b0f68fbe-c147-48a7-9b69-64b95008400d.pdf 25K
- b67a955b-3edd-44d8-a454-526588caf044.pdf 22K
- b86f3f1d-0d12-4661-8a3e-882b319ed77d.pdf 19K
- be62c706-4a8f-4c14-af45-ea69757668e5 (1).pdf 22K
- bf04ea26-c409-4a60-a237-780f9bd4378d.pdf 23K
- c2561e61-b647-498a-93b2-acfa8622df73.pdf 22K
- c088480a-baa6-4f76-a519-cf679ec4c812.pdf 21K
- ca37efc7-d90f-4585-b318-59c7be4113e6.pdf 21K
- cb84b6d0-fe08-490b-8f8f-01f86910bfb2.pdf 19K
- ceebfd16-8b9c-411a-8307-7e27e75eda37.pdf 25K
- d2f7e9fb-160c-4425-a3af-049f8403b351.pdf 19K

- d096c339-fa8e-4ce4-bd98-47fb6618339e.pdf
  20K
- d173e950-5d55-4184-b60e-c8fe0e1693f4.pdf
  19K
- dc4a2188-2536-4e28-9b57-8e5b4fb14fde.pdf
  22K
- de6f7cd3-9538-4333-a137-cc3344431851.pdf
  21K
- dea5fc86-3fd7-4d7c-9578-921175c555b3.pdf
  19K
- e0ce278b-c0e4-46ca-a923-268c40371f88.pdf
  22K
- e47e7e29-38b0-4295-abd6-59695fa21958.pdf
  20K
- e0545b3d-eb2e-4b21-9107-7ce7755a7312.pdf
  23K
- e9737a24-646b-4433-b54b-15bfb7347e2f.pdf
  20K
- ecaa073a-fc70-44d3-a448-fc794e504efa.pdf
  22K
- f82079e5-0bd6-4e11-b3be-dd6a9ad093bb.pdf
  23K