DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
Appellant in Pro Se
anewlaw@gmail.com

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

DEMAS YAN,

    Appellant,

vs.

CRYSTAL LEI et al.,

    Appellees.

Case No.: 3:11-CV-01814-RS

DEMAS YAN'S REQUEST FOR RETURN OF DOCUMENTS

Date: October 27, 2017
Time: 11:00 am
Dept. F
Magistrate Judge: Jacqueline Corley

On November 3, 2017, Appellant Demas Yan served the court with documents for in-camera review pursuant to court order (Docket no. 69). On November 28, 2017, the court ordered Yan to produce those documents with modification to Appellee Lei. Yan had served with documents to the court with the assumption that the court will forward the same to Lei. Yan had not made copies. Yan hereby request the court to return those documents to Yan either by pickup or by mail or email as captioned above.

Date: 12/4/2017

Respectfully Submitted,

/s/Demas Yan

- 1