DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
Appellant in Pro Se

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

DEMAS YAN,

    Appellant,

vs.

CRYSTAL LEI et al.,

    Appellees.

Case No.: 3:11-CV-01814-RS

DECLARATION OF DEMAS YAN

Dept. F
Magistrate Judge: Jacqueline Corley

I, Appellant Demas Yan, pursuant to court order (Docket no. 72, the "Order"), hereby declare:

1. I intend to file a Rule 59 motion, within the time allowed under the rule, to alter or amend the Order in regards to the tax returns ordered to be produced. Otherwise, I have or will comply with the Order as to all other respects.
2. On December 4, 2017, I made request for return of the documents served to the court for in-camera review. I will forward the documents to creditor as directed by the court.
3. Other than the documents mentioned above, I have produced to Creditor all documents in my possession, custody or control responsive to the following requests:
- Documents pertaining to the Fung judgment assignment,
- Documents relating to the sale of the Hong Kong condominium,
- Documents relating to payments for office rent and expenses from 2014 to the present
- Monthly bank statements from 2014 to the present
- Documents evidencing loans made by or to Mr. Yan from 2014 to the present
- Documents evidencing trusts in which Mr. Yan is the trustor, trustee or beneficiary from 2014 to the present,
- Documents identifying deposit accounts to which Mr. Yan has signature authority from 2014 to the present, and

- 1

- Documents evidencing any sources of income from 2014 to the present (not including attorney-client documents).

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Date: 12/5/2017

/s/Demas Yan