DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
Appellant in Pro Se

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

DEMAS YAN,

      Appellant,

        vs.

TONY FU et al.,
      Appellees.

**Case No.: 3:11-CV-01814-RS**

DECLARATION OF DEMAS YAN IN
SUPPORT OF OBJECTIONS TO BILL OF
COSTS

(Local Rule 54-2)

Appellant, DEMAS YAN, declare:

1. I am the appellant herein in pro se.

2. This case arose from an appeal from a bankruptcy order, which was affirmed by this court on 2/28/2011 (Doc. No. 24).

3. Appeal was taken to U.S. Court of Appeal of the Ninth Circuit, which affirmed the bankruptcy order and granted Appellees' motion for sanctions for frivolous appeal pursuant to Federal Rules of Appellate Procedure Rule 38 which reads as follows: "Frivolous Appeal—Damages and Costs, If a court of appeals determines that an appeal is frivolous, it may, after a separately filed motion or notice from the court and reasonable opportunity to respond, award just damages and single or double costs to the appellee."

4. The U.S. Court of Appeal order granting sanctions pursuant to FRAP Rule 38 was entered herein on 07/15/2014 (Doc. No. 36).

5. Appellees' filed Bill of Costs (Memorandum of Costs After Judgment) herein on 12/28/2017 (Doc. No. 78)..

6. I objected to the Bill of Costs on the basis that costs of attorney's fee pursuant to CCP § 685.040 is not applicable to a judgment not on contract.

7. I attempted good faith meet & confer with appellee through email on 1/2/2018, but Appellee did not respond. Attached as Exhibit A is a true and correct copy of the email.

- 1

I declare under penalty of perjury under laws of California that the foregoing is true and correct.

Dated: 1/9/18

By:   /s/DEMAS YAN

# EXHIBIT A



## meet & confer re memorandum of costs (Docket Doc. 78) (11-cv-01814)

**Dennis Yan** <anewlaw@gmail.com>                                    Tue, Jan 2, 2018 at 1:53 PM
To: Mark Serlin <mserlin@globelaw.com>

Pursuant to local rule 54-2, this is meet and confer re the bill of costs.

The Bill of Costs does not meet the requirement of rule  54-1 (a)
which provides that "No later than 14 days after entry of judgment or
order under which costs may be claimed, a prevailing party claiming
taxable costs must serve and file a bill of costs."  Here, there is no
order or judgment under which costs may be claimed.  Furthermore,
attorney fee cannot be claimed pursuant to ccp 685.040 which states
that "The judgment creditor is entitled to the reasonable and
necessary costs of enforcing a judgment. Attorney's fees incurred in
enforcing a judgment are not included in costs  collectible under this
title unless otherwise provided by law. Attorney's fees incurred in
enforcing a judgment are included as costs collectible under this
title if the underlying judgment includes an award of attorney's fees
to the judgment creditor pursuant to subparagraph (A) of paragraph
(10) of subdivision (a) of Section 1033.5."  CCP 1033.5 only allows
for attorney's fee "when authorized by any of the following: (A)
Contract. (B) Statute. (C) Law."

Here, there is no contract or statute or law which permits your claim
of attorney fee.

Furthermore, the court had not allowed your prior bill of costs filed
on 6/29/16 (Docket No. 46).  I had timely filed opposition thereto
pursuant to Rule 54-2 on 7/11/17 (Doc. 47).

Please respond by 1/5/17 before I file motion to tax costs.