DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
Appellant in Pro Se

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAS YAN,<br><br>    Appellant,<br><br>    vs.<br><br>TONY FU et al.,<br><br>    Appellees. | Case No.: 3:11-CV-01814-RS<br><br>CERTIFICATE OF SERVICE<br><br>Dept. F<br>Magistrate Judge: Jacqueline Corley |

I am not a party to this action.  My mailing address is 300 Ogawa Plaza, Ste. 249, Oakland, CA 94612.

On this date, I served the following document(s):

DEMAS YAN'S OPPOSITION TO AWARD OF FEES PURSUANT TO 28 USC § 1927 AND OPPOSITION TO DECLARATION OF MARK A. SERLIN RE AMOUNT OF SANCTIONS UNDER 28 USC 28 USC § 1927

By USPS first class mail to:

Crystal Lei
337 28th Avenue
San Francisco, CA 94121

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  2/27/2018
/s/Bill Mora