DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
Appellant in Pro Se

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

DEMAS YAN,

    Appellant,

    vs.

CRYSTAL LEI, et al.,

    Appellees.

**Case No.: 3:11-CV-01814-RS (JSC)**

APPELLANTS DESIGNATION OF RECORDS

TO THE CLERK AND ALL INTERESTED PARTIES AND THEIR COUNSELS:

Pursuant to Federal Rules of Appellate Procedure rule 6(b)(2)(B), Appellant designates the records on appeal as follows:

| Docket No. | Date Filed | Description |
|---|---|---|
| 52 | 7/24/2017 | Order to Show Cause |
| 60 | 8/10/2017 | Order |
| 64 | 10/3/2017 | Order to Show Cause |
| 65 | 10/12/2017 | Response to Order to Show Cause |
| 69 | 10/30/2017 | Order |
| 70 | 11/1/2017 | Opposition/Response to Motion |
| 72 | 11/28/2017 | Order |
| 83 | 2/9/2018 | Order |
| 86 | 2/27/2018 | Objection |
| 89 | 3/8/2018 | Notice of Appeal |
| 91 | 3/19/2018 | Order |
| 93 | 3/19/2018 | Amended Notice of Appeal |

Dated: March 20, 2018
/s/DEMAS YAN
Appellant in pro se

- 1