DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
Appellant in Pro Se

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

DEMAS YAN,

    Appellant,

    vs.

CRYSTAL LEI, et al.,

    Appellees.

**Case No.: 3:11-CV-01814-RS (JSC)**

APPELLANT'S STATEMENT OF ISSUES ON APPEAL

Pursuant to Federal Rules of Appellate Procedure rule 10(b)(2)(A), Appellant hereby provide a statement of the issues on appeal.

The issues on appeal are:

1. Whether the Fifth Amendment privilege against self-incrimination is applicable to tax returns;
2. Whether it is abuse of discretion for the court to deny appellant's request for in-camera hearing in support of his assertion of Fifth Amendment privilege against self-incrimination.
3. Whether sanctions pursuant to 28 USC § 1927 is applicable to a pro se litigant; and
4. Whether sanctions pursuant to 28 USC § 1927 is warranted under the facts of the case.

Dated:  March 20, 2018

/s/DEMAS YAN

Appellant in pro se