Brian S. Healy, State Bar No. 112371
TIERNEY, WATSON & HEALY
A Professional Corporation
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 974-1900
Fax:   (415) 974-6433
Email: brian@tw2law.com

Attorney for Judgment Creditor Crystal Lei

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEMAS YAN, | ) Case No.: 11-CV-1814-RS (JSC) |
| Appellant, | ) |
| vs. | ) **DECLARATION OF BRIAN S. HEALY** |
| CRYSTAL LEI et al., | ) **IN SUPPORT OF JUDGMENT CREDITOR CRYSTAL LEI'S NOTICE** |
| Appellees. | ) **OF MOTION AND MOTION FOR FURTHER CIVIL CONTEMPT AND SANCTIONS ON JUDGMENT DEBTOR DEMAS YAN** |

Judge:         Hon. Jacqueline Scott Corley
Hearing Date:  April 4, 2019
Time:          9:00 A.M.
Place:         Court Rm. F, 15 Floor
               450 Golden Gate Ave. S.F.

I, Brian S. Healy, declare:

1. I am an attorney duly licensed to practice law by the State of California and am authorized to practice law throughout the State of California. I am familiar with the matter stated in this declaration from my own personal knowledge, were I called to testify, I would be competent to and would do so.

2. I have been a practicing attorney in the State of California since 1983. I received my J.D. from the University of San Francisco's School of Law. I am a partner at the Tierney Watson & Healy law firm in San Francisco.

3. I am the attorney for judgment creditor, Crystal Lei ("Lei").

4. Attached hereto as **Exhibit A** is a true and correct copy of the July 22, 2018 email received by Lei with a 6-page attachment that purport to be summary sheets of tax returns belonging Demas Yan ("Yan") for years 2014, 2015, and 2016 with no accompanying schedules, attachments or amendments. A normal tax return filing and copy will contain attachments and schedules. A full copy of the tax return should also include amendments. Yan's tax return summary sheets are heavily redacted and show alterations that are uncharacteristic of tax returns filed with the IRS or copies obtained from the IRS.

5. Attached hereto as **Exhibit B** is a true and correct copy of the letter signed by Lei and sent to Yan and his associate on July 26, 2018 noting the deficiencies in Yan's submission of his purported tax returns and requested Yan to provide true, genuine copies of his tax returns filed with the IRS.

6. Attached hereto as **Exhibit C** is a true and correct copy of the Jury Verdict filed April 14, 2014 in the San Francisco Superior Court determining Yan had fraudulently transferred over $1 million worth of property to family members to avoid paying judgment to creditor, Charles Li.

7. Attached hereto as **Exhibit D** is a true and correct copy without exhibits attached of the Declaration of Duy Thai filed on November 19, 2018 in San Francisco Superior Court

8. Attached hereto as **Exhibit E** is a true and correct copy a deed from Hong Kong Land Registry indicating the sale of a condominium owned by judgment debtor, Demas Yan to a third party for over HK$2.8 million.

9. Attached hereto as **Exhibit F** is a true and correct copy of relevant portions of the certified transcript of the June 27, 2017 Order of Examination.

10. Attached hereto as **Exhibit G** is a true and correct copy of Form 2 Cash Receipts and Disbursements Record filed with the United States Bankruptcy Court on August 2, 2012 in case no. 04-33526 listing inter alia disbursement of $175,039.69 to Demas Wai Yan on November 8, 2011.

11. Attached hereto as **Exhibit H** is a true and correct copy of the news release by the State Bar of California summarizing the Order recommending Yan's disbarment which was affirmed by the Supreme Court in March of 2018.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration is executed at San Francisco, California, this 26 day of February, 2019.

Brian S. Healy
Attorney for Crystal Lei

LEI MOTION FOR FURTHER CONTEMPT        Case No. 3:11-cv-01814-RS (JSC)  -- 3