# Exhibit A

## Case No.11-cv-01814

From:   Bill Mori (billmori2@gmail.com)

To:     crystalleija@yahoo.com

Date:   Sunday, July 22, 2018, 1:31 PM PDT

returns for the years 2016, 2015 and 2014

 returns.pdf
1.2MB

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) | | | |
|---|---|---|---|---|

**U.S. Individual Income Tax Return** **2014** OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning , 2014, ending , 20     See separate instructions.

| | | |
|---|---|---|
| Your first name and initial **DEMAS W** | Last name **YAN** | Your social security number **XXX-XX-5968** |
| If a joint return, spouse's first name and initial **MEI** | Last name **FANG** | Spouse's social security number **XXX-XX-0299** |

Home address (number and street). If you have a P.O. box, see instructions. **1433 7TH AVENUE**     Apt. no.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). **SAN FRANCISCO CA 94122**

▲ Make sure the SSN(s) above and on line 6c are correct.

Foreign country name     Foreign province/state/county     Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . .
b ☒ **Spouse** . . . . . . . . . . . . . . . . . . . . . .

| | Boxes checked on 6a and 6b | **2** |
|---|---|---|

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| C     YAN | XXX-XX-9865 | Daughter | ☒ |
| M     YAN | XXX-XX-1556 | Daughter | ☒ |
| I     YAN | XXX-XX-7276 | Daughter | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

| | No. of children on 6c who: • lived with you • did not live with you due to divorce or separation (see instructions) | **3** |
|---|---|---|
| | Dependents on 6c not entered above | |
| | Add numbers on lines above ▶ | **5** |

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . | 7 | 15,683. |
| 8a | **Taxable** interest. Attach Schedule B if required . . . . . . . | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | -3,000. |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . | 14 | |
| 15a | IRA distributions . 15a | b Taxable amount . | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . | 19 | 2,034. |
| 20a | Social security benefits 20a | b Taxable amount . | 20b | |
| 21 | Other income. List type and amount   Non-employee compensation from 1099-Misc | 21 | 12,000. |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 26,717. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . | 28 | |
| 29 | Self-employed health insurance deduction . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction . . . . . . . . | 32 | |
| 33 | Student loan interest deduction . . . . . | 33 | |
| 34 | Tuition and fees. Attach Form 8917 . . . . | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ | 37 | 26,717. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. BAA   REV 03/04/15 TTW   Form **1040** (2014)

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . | 26,717. |
| | 39a | Check if: ☐ **You** were born before January 2, 1950, ☐ **Blind.** Total boxes ☐ **Spouse** was born before January 2, 1950, ☐ **Blind.** checked ▶ 39a | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | |
| **Standard Deduction for—** | 40 | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) . . | 40 | 12,400. |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 41 | Subtract line 40 from line 38 | 41 | 14,317. |
| | 42 | **Exemptions.** If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see instructions | 42 | 19,750. |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . | 43 | 0. |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 0. |
| • All others: | 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 . . . . | 45 | |
| Single or Married filing separately, $6,200 | 46 | Excess advance premium tax credit repayment. Attach Form 8962 . . | 46 | |
| | 47 | Add lines 44, 45, and 46 . . . . . . . . . . . . . . ▶ | 47 | 0. |
| Married filing jointly or Qualifying widow(er), $12,400 | 48 | Foreign tax credit. Attach Form 1116 if required . . | 48 | |
| | 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| | 50 | Education credits from Form 8863, line 19 . . | 50 | |
| Head of household, $9,100 | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 | Child tax credit. Attach Schedule 8812, if required . . | 52 | 0. |
| | 53 | Residential energy credits. Attach Form 5695 . . | 53 | |
| | 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 | Add lines 48 through 54. These are your **total credits** . . . . . . . | 55 | 0. |
| | 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- . . . ▶ | 56 | 0. |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE . . . . . . . . | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a | Household employment taxes from Schedule H . . . . . . | 60a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required . . . | 60b | |
| | 61 | Health care: individual responsibility (see instructions) Full-year coverage ☐ | 61 | |
| | 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| | 63 | Add lines 56 through 62. This is your **total tax** . . . . . . . . ▶ | 63 | 0. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 466. |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2014 estimated tax payments and amount applied from 2013 return | 65 | |
| | 66a | **Earned income credit (EIC)** . . . . | 66a | 5,413. |
| | b | Nontaxable combat pay election | 66b | |
| | 67 | Additional child tax credit. Attach Schedule 8812 . . . | 67 | 1,902. |
| | 68 | American opportunity credit from Form 8863, line 8 . . | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 . . . | 69 | |
| | 70 | Amount paid with request for extension to file . . . | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld . . | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 . . | 72 | |
| | 73 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☒ Reserved d ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** . . . ▶ | 74 | 7,781. |
| **Refund** | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | 7,781. |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 76a | 7,781. |
| Direct deposit? See instructions. | ▶ b | Routing number X X X X X X X X X ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number X X X X X X X X X X X X X X X X X | | |
| | 77 | Amount of line 75 you want applied to your **2015 estimated tax ▶** 77 | | |
| **Amount You Owe** | 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | |
| | 79 | Estimated tax penalty (see instructions) . . . 79 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes.** Complete below. ☒ **No** | | |
|---|---|---|---|
| | Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
|---|---|---|---|
| Joint return? See instructions. Keep a copy for your records. | Your signature | Date | Your occupation unemployed | Daytime phone number (415) 867-5797 |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation student | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶ Self-Prepared | | | Firm's EIN ▶ | |
| | Firm's address ▶ | | | Phone no. | |

Form **1040**
Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2015** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2015, or other tax year beginning _____, 2015, ending _____, 20 ___ | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| DEMAS W | YAN | XXX-XX-5968 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|
| MEI | FANG | XXX-XX-0299 |

Home address (number and street). If you have a P.O. box, see instructions. Apt. no.
1433 7TH AVENUE

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
SAN FRANCISCO CA 94122

▲ Make sure the SSN(s) above and on line 6c are correct.

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☒ Spouse

Boxes checked on 6a and 6b | 2

| c Dependents: | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|---|
| (1) First name | Last name | | | |
| C | YAN | XXX-XX-9865 | Daughter | ☒ |
| M | YAN | XXX-XX-1556 | Daughter | ☒ |
| I | YAN | XXX-XX-7276 | Daughter | ☒ |

No. of children on 6c who:
• lived with you | 3
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above

If more than four dependents, see instructions and check here ▶ ☐

d Total number of exemptions claimed

Add numbers on lines above ▶ | 5

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 28,109. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | 0. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 38,132. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | -3,000. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | 8. |
| 20a | Social security benefits | 20a | | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 63,249. |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | |
|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | 2,694. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | 12,000. |
| 33 | Student loan interest deduction | 33 | |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | 14,694. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 48,555. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. BAA REV 12/30/15 TTW Form **1040** (2015)

Case 3:11-cv-01814-RS   Document 120-1   Filed 02/26/19   Page 6 of 59

| | | | |
|---|---|---|---|
| | 38 | Amount from line 37 (adjusted gross income) | 38 | 48,555. |

**Tax and Credits**

| | | | |
|---|---|---|---|
| 39a | Check { You were born before January 2, 1951, ☐ Blind. } Total boxes | | |
| | if: { Spouse was born before January 2, 1951, ☐ Blind. } checked ▶ 39a ☐ | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |

Standard Deduction for—
• People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
• All others:
Single or Married filing separately, $6,300
Married filing jointly or Qualifying widow(er), $12,600
Head of household, $9,250

| | | | |
|---|---|---|---|
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 12,600. |
| 41 | Subtract line 40 from line 38 | 41 | 35,955. |
| 42 | Exemptions. If line 38 is $154,950 or less, multiply $4,000 by the number on line 6d. Otherwise, see instructions | 42 | 20,000. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 15,955. |
| 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814   b ☐ Form 4972   c ☐ | 44 | 1,598. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| 47 | Add lines 44, 45, and 46 ▶ | 47 | 1,598. |
| 48 | Foreign tax credit. Attach Form 1116 if required | 48 | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| 50 | Education credits from Form 8863, line 19 | 50 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | 400. |
| 52 | Child tax credit. Attach Schedule 8812, if required | 52 | 1,198. |
| 53 | Residential energy credits. Attach Form 5695 | 53 | |
| 54 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| 55 | Add lines 48 through 54. These are your total credits | 55 | 1,598. |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 56 | 0. |

**Other Taxes**

| | | | |
|---|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 57 | 5,388. |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60a | Household employment taxes from Schedule H | 60a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| 61 | Health care: individual responsibility (see instructions)   Full-year coverage ☒ | 61 | |
| 62 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| 63 | Add lines 56 through 62. This is your total tax ▶ | 63 | 5,388. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| | | | |
|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 1,673. |
| 65 | 2015 estimated tax payments and amount applied from 2014 return | 65 | |
| 66a | Earned income credit (EIC)     No | 66a | |
| b | Nontaxable combat pay election | 66b | |
| 67 | Additional child tax credit. Attach Schedule 8812 | 67 | 1,802. |
| 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| 69 | Net premium tax credit. Attach Form 8962 | 69 | 3,680. |
| 70 | Amount paid with request for extension to file | 70 | |
| 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| 73 | Credits from Form: a ☐ 2439 b ☒ Reserved c ☐ 8885 d ☐ | 73 | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your total payments ▶ | 74 | 7,155. |

**Refund**

Direct deposit?
See instructions.

| | | | |
|---|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you overpaid | 75 | 1,767. |
| 76a | Amount of line 75 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 76a | 1,767. |
| ▶ b | Routing number  X X X X X X X X X   ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶ d | Account number  X X X X X X X X X X X X X X X X | | |
| 77 | Amount of line 75 you want applied to your 2016 estimated tax ▶ | 77 | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 78 | Amount you owe. Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | 78 | |
| 79 | Estimated tax penalty (see instructions) | 79 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No

| Designee's name ▶ | Phone no. ▶ | Personal identification number (PIN) ▶ |
|---|---|---|

**Sign Here**

Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | attorney | (415) 867-5797 |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| | | clerk | |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ▶ Self-Prepared | | | Firm's EIN ▶ | |
| Firm's address ▶ | | | Phone no. | |

# Form 1040

Department of the Treasury—Internal Revenue Service      (99)

**U.S. Individual Income Tax Return**  **2016**  OMB No. 1545-0074  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning _____ , 2016, ending _____ , 20 _____      See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| DEMAS W | YAN | XXX-XX-5968 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| MEI | FANG | XXX-XX-0299 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.

1433 7TH AVENUE

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

SAN FRANCISCO CA 94122

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name | Foreign province/state/county | Foreign postal code

**Filing Status**

Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a . . . . .
b ☒ **Spouse** . . . . . . . . . . . . . . . . . . . . . . . . .

| c | Dependents: | | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|---|---|
| (1) First name | Last name | | | | |
| C | YAN | | XXX-XX-9865 | Daughter | ☒ |
| M | YAN | | XXX-XX-1556 | Daughter | ☒ |
| I | YAN | | XXX-XX-7276 | Daughter | ☒ |
| | | | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

| Boxes checked on 6a and 6b | 2 |
|---|---|
| No. of children on 6c who: • lived with you | 3 |
| • did not live with you due to divorce or separation (see instructions) | |
| Dependents on 6c not entered above | |
| Add numbers on lines above ▶ | 5 |

d  Total number of exemptions claimed . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 47,390. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends . . . . . . . . . | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | 0. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . | 12 | 23,109. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | -3,000. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions . 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . | 19 | |
| 20a | Social security benefits 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 67,499. |

**Adjusted Gross Income**

| 23 | Educator expenses | 23 | | | |
|---|---|---|---|---|---|
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | | |
| 25 | Health savings account deduction. Attach Form 8889 . | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 . . . . . | 26 | | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | 1,633. | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . | 28 | | | |
| 29 | Self-employed health insurance deduction . | 29 | 2,165. | | |
| 30 | Penalty on early withdrawal of savings . . . . | 30 | | | |
| 31a | Alimony paid  b Recipient's SSN ▶ | 31a | | | |
| 32 | IRA deduction . . . . . . . . . . | 32 | | | |
| 33 | Student loan interest deduction . . . . . | 33 | | | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . | 34 | | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . | | | 36 | 3,798. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . ▶ | | | 37 | 63,701. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.  BAA  REV 01/25/17 TTW  Form **1040** (2016)

| | | |
|---|---|---|
| **Tax and Credits** | 38 Amount from line 37 (adjusted gross income) | 38 | 63,701. |
| | 39a Check if: ☐ **You** were born before January 2, 1952, ☐ **Blind.** } Total boxes ☐ **Spouse** was born before January 2, 1952, ☐ **Blind.** checked ► 39a | | |
| **Standard Deduction for—** • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. • All others: Single or Married filing separately, $6,300 Married filing jointly or Qualifying widow(er), $12,600 Head of household, $9,300 | b If your spouse itemizes on a separate return or you were a dual-status alien, check here ► 39b ☐ | | |
| | 40 Itemized deductions (from Schedule A) **or your standard deduction** (see left margin) | 40 | 12,600. |
| | 41 Subtract line 40 from line 38 | 41 | 51,101. |
| | 42 **Exemptions.** If line 38 is $155,650 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 42 | 20,250. |
| | 43 **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 30,851. |
| | 44 Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 3,704. |
| | 45 **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | |
| | 46 Excess advance premium tax credit repayment. Attach Form 8962 | 46 | |
| | 47 Add lines 44, 45, and 46 ► | 47 | 3,704. |
| | 48 Foreign tax credit. Attach Form 1116 if required | 48 | |
| | 49 Credit for child and dependent care expenses. Attach Form 2441 | 49 | |
| | 50 Education credits from Form 8863, line 19 | 50 | |
| | 51 Retirement savings contributions credit. Attach Form 8880 | 51 | |
| | 52 Child tax credit. Attach Schedule 8812, if required | 52 | 3,000. |
| | 53 Residential energy credits. Attach Form 5695 | 53 | |
| | 54 Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 54 | |
| | 55 Add lines 48 through 54. These are your **total credits** | 55 | 3,000. |
| | 56 Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ► | 56 | 704. |
| **Other Taxes** | 57 Self-employment tax. Attach Schedule SE | 57 | 3,265. |
| | 58 Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 58 | |
| | 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60a Household employment taxes from Schedule H | 60a | |
| | b First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| | 61 Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| | 62 Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 62 | |
| | 63 Add lines 56 through 62. This is your **total tax** ► | 63 | 3,969. |
| **Payments** | 64 Federal income tax withheld from Forms W-2 and 1099 | 64 | 4,466. |
| If you have a qualifying child, attach Schedule EIC. | 65 2016 estimated tax payments and amount applied from 2015 return | 65 | |
| | 66a **Earned income credit (EIC)** NO | 66a | |
| | b Nontaxable combat pay election | 66b | |
| | 67 Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 Net premium tax credit. Attach Form 8962 | 69 | 2,479. |
| | 70 Amount paid with request for extension to file | 70 | |
| | 71 Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 73 | |
| | 74 Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ► | 74 | 6,945. |
| **Refund** | 75 If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | 2,976. |
| | 76a Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ► ☐ | 76a | 2,976. |
| Direct deposit? See instructions. | ► b Routing number X X X X X X X X X ► c Type: ☐ Checking ☐ Savings ► d Account number X X X X X X X X X X X X X X X | | |
| | 77 Amount of line 75 you want applied to your 2017 estimated tax ► 77 | | |
| **Amount You Owe** | 78 **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ► | 78 | |
| | 79 Estimated tax penalty (see instructions) 79 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ **Yes. Complete below.** ☒ No | | |
| | Designee's name ► Phone no. ► Personal identification number (PIN) ► | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Joint return? See instructions. Keep a copy for your records. | Your signature | Date | Your occupation attorney | Daytime phone number (415) 867-5797 |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation clerk | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name ► Self-Prepared | | | Firm's EIN ► | |
| Firm's address ► | | | Phone no. | |

# Exhibit B

Re: Case No.11-cv-01814

From:   crystal lei (crystalleija@yahoo.com)

To:      billmori2@gmail.com; anewlaw@gmail.com

Date:   Thursday, July 26, 2018, 10:29 AM PDT

Gentlemen, please see the attached file.

Crystal

> On Sunday, July 22, 2018, 1:31:30 PM PDT, Bill Mori <billmori2@gmail.com> wrote:
>
> returns for the years 2016, 2015 and 2014

 rejection of untrue tax return and demand for compliance.PDF
26kB

<u>VIA EMAIL ONLY</u>

To:    Mr. Demas Yan

From:  Crystal Lei

Date:  July 26, 2018

Re:    Rejection of untrue tax returns and
       demand for compliance with the Court Order of Feb. 9, 2018


Mr. Demas Yan,

On July 22, 2018, I have received an email from billmori2@gmail.com containing your
purported tax returns of 6 pages for the years 2014, 2015, and 2016.

These tax returns are not true and genuine copies of Demas Yan's tax returns for the
years of 2014, 2015, and 2016 filed with the IRS.  They are unacceptable and are
rejected.

I hereby demand that you produce to me, per order of the Court, the complete and
unaltered (with all attachments and schedules) copies of the originals (submitted to the
IRS) of your tax returns for the years of 2014, 2015, and 2016.  Or by using the attached
IRS Form 4506, fill it out, sign it, and then return it to me.

Please note that the $500 per day sanction shall continue to run until the day of your full
compliance with the Court order of February 9, 2018.

Sincerely,

Crystal Lei


Attachment: IRS Form 4506

Form **4506**

(July 2017)

Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

► Do not sign this form unless all applicable lines have been completed.
► Request may be rejected if the form is incomplete or illegible.
► For more information about Form 4506, visit *www.irs.gov/form4506*.

OMB No. 1545-0429

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T, Request for Transcript of Tax Return,** or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions) |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b** Second social security number or individual taxpayer identification number if joint tax return |

**3**   Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4**   Previous address shown on the last return filed if different from line 3 (see instructions)

**5**   If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6**   Tax return requested. Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ►

Note: If the copies must be certified for court or administrative proceedings, check here  .   .   .   .   .   .   .   .   .   .   .   .   . ☐

**7**   Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

| | | | |
|---|---|---|---|
| | | | |
| | | | |

**8**   Fee. There is a $50 fee for each return requested. Full payment must be included with your request or it will be rejected. Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.

**a**   Cost for each return  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   $

**b**   Number of returns requested on line 7  .   .   .   .   .   .   .   .   .   .   .   .   .   .

**c**   Total cost. Multiply line 8a by line 8b  .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   $

**9**   If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here  .   .   .   .   . ☐

**Caution:** Do not sign this form unless all applicable lines have been completed.

Signature of taxpayer(s). I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. Note: This form must be received by IRS within 120 days of the signature date.

☐   Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**

► Signature (see instructions)                                             Date

► Title (if line 1a above is a corporation, partnership, estate, or trust)

► Spouse's signature                                                       Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.           Cat. No. 41721E           Form **4506** (Rev. 7-2017)

# Exhibit C

F I L E D
Superior Court of California
County of San Francisco

APR 1 4 2018

CLERK OF THE COURT
BY: _____
Deputy Clerk

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

CHARLES LI

           PLAINTIFF,

VS.

THAI MING CHIU et al

           DEFENDANT.

Department:      504

Case Number:  CGC-14-537574

VERDICT FORM

<u>Verdict Form 1</u>

We answer the questions submitted to us as follows:

1. **Did Charles Li have a right to payment from Demas Yan?**
   $\underline{\phantom{XX}X\phantom{XX}}$ Yes   $\underline{\phantom{XXX}}$ No
   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **Did Demas Yan transfer property to Cheuk Tin Yan?**
   $\underline{\phantom{XX}X\phantom{XX}}$ Yes   $\underline{\phantom{XXX}}$ No
   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. **Did Demas Yan transfer the property with the intent to hinder, delay, or defraud one or more of his creditors?**
   $\underline{\phantom{XX}X\phantom{XX}}$ Yes   $\underline{\phantom{XXX}}$ No
   If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. **Was Demas Yan's conduct a substantial factor in causing Charles Li's harm?**
   $\underline{\phantom{XX}X\phantom{XX}}$ Yes   $\underline{\phantom{XXX}}$ No
   If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. **Did Cheuk Tin Yan receive the property from Demas Yan in good faith?**
   $\underline{\phantom{XXX}}$ Yes   $\underline{\phantom{XX}X\phantom{XX}}$ No
   If your answer to question 5 is yes, then answer question 6. If you answered no, skip question 6 and answer question 7.

6. **Did Cheuk Tin Yan receive the property in exchange for a reasonably equivalent value?**
   $\underline{\phantom{XXX}}$ Yes   $\underline{\phantom{XXX}}$ No
   If your answer to question 6 is yes, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered no, then answer question 7.

7. **What are Charles Li's damages?**
   TOTAL $ $\underline{824,180.57}$

Signed: _____
                **Presiding Juror**

Dated: __4/14/16__

**After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.**

## Verdict Form 2

We answer the questions submitted to us as follows:

1. **Did Charles Li have a right to payment from Demas Yan?**
    __X__ Yes    _____ No
    If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **Did Demas Yan transfer property to Cheuk Tin Yan?**
    __X__ Yes    _____ No
    If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. **Did Demas Yan fail to receive a reasonably equivalent value in exchange for the transfer?**
    __X__ Yes    _____ No
    If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. **Did Charles Li's right to payment from Demas Yan arise before Demas Yan transferred property?**
    __X__ Yes    _____ No
    If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. **Was Demas Yan insolvent at that time or did Demas Yan become insolvent as a result of the transfer?**
    __X__ Yes    _____ No
    If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. **Was Demas Yan's conduct a substantial factor in causing Charles Li's harm?**
    __X__ Yes    _____ No
    If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. **What are Charles Li's damages?**

    TOTAL $ __824,180.57__

Signed: _____
    **Presiding Juror**

Dated: ____4/14/16____

After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.

<u>Verdict Form 3</u>

**We answer the questions submitted to us as follows:**

1. **Did Charles Li have a right to payment from Demas Yan?**
   __X__ Yes   _____No
   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **Did Demas Yan transfer property to Tina Yan?**
   __X__ Yes   _____No
   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. **Did Demas Yan transfer the property with the intent to hinder, delay, or defraud one or more of his creditors?**
   __X__ Yes   _____No
   If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. **Was Demas Yan's conduct a substantial factor in causing Charles Li's harm?**
   __X__ Yes   _____No
   If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. **Did Tina Yan receive the property from Demas Yan in good faith?**
   _____Yes   __X__ No
   If your answer to question 5 is yes, then answer question 6. If you answered no, skip question 6 and answer question 7.

6. **Did Tina Yan receive the property in exchange for a reasonably equivalent value?**
   _____Yes   _____No
   If your answer to question 6 is yes, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered no, then answer question 7.

7. **What are Charles Li's damages?**        TOTAL $ __824,180.57__

Signed: _____
         **Presiding Juror**

Dated: ____4/14/16____

**After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.**

## Verdict Form 4

We answer the questions submitted to us as follows:

1. **Did Charles Li have a right to payment from Demas Yan?**
   __X__ Yes    _____ No
   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **Did Demas Yan transfer property to Tina Yan?**
   __X__ Yes    _____ No
   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. **Did Demas Yan fail to receive a reasonably equivalent value in exchange for the transfer?**
   __X__ Yes    _____ No
   If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. **Did Charles Li's right to payment from Demas Yan arise before Demas Yan transferred property?**
   __X__ Yes    _____ No
   If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. **Was Demas Yan insolvent at that time or did Demas Yan become insolvent as a result of the transfer?**
   __X__ Yes    _____ No
   If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. **Was Demas Yan's conduct a substantial factor in causing Charles Li's harm?**
   __X__ Yes    _____ No
   If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. **What are Charles Li's damages?**

   TOTAL $ 824,180.57

Signed: _____
            **Presiding Juror**

Dated: ____4/14/16____

After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.

## Verdict Form 5

We answer the questions submitted to us as follows:

1. **Did Charles Li have a right to payment from Demas Yan?**
   ___X___ Yes   _____ No
   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **Did Demas Yan transfer property to Thai Ming Chiu?**
   ___X___ Yes   _____ No
   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. **Did Demas Yan transfer the property with the intent to hinder, delay, or defraud one or more of his creditors?**
   ___X___ Yes   _____ No
   If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. **Was Demas Yan's conduct a substantial factor in causing Charles Li's harm?**
   ___X___ Yes   _____ No
   If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. **Did Thai Ming Chiu receive the property from Demas Yan in good faith?**
   _____ Yes   ___X___ No
   If your answer to question 5 is yes, then answer question 6. If you answered no, skip question 6 and answer question 7.

6. **Did Thai Ming Chiu receive the property in exchange for a reasonably equivalent value?**
   _____ Yes   _____ No
   If your answer to question 6 is yes, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered no, then answer question 7.

7. **What are Charles Li's damages?**        TOTAL $ __324,167.58__

Signed: ___*S. Faille*___
                  **Presiding Juror**

Dated: ___4/14/16___

**After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.**

## Verdict Form 6

We answer the questions submitted to us as follows:

1. **Did Charles Li have a right to payment from Demas Yan?**
   __X__ Yes   _____ No
   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **Did Demas Yan transfer property to Thai Ming Chiu?**
   __X__ Yes   _____ No
   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. **Did Demas Yan fail to receive a reasonably equivalent value in exchange for the transfer?**
   __X__ Yes   _____ No
   If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. **Did Charles Li's right to payment from Demas Yan arise before Demas Yan transferred property?**
   __X__ Yes   _____ No
   If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. **Was Demas Yan insolvent at that time or did Demas Yan become insolvent as a result of the transfer?**
   __X__ Yes   _____ No
   If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. **Was Demas Yan's conduct a substantial factor in causing Charles Li's harm?**
   __X__ Yes   _____ No
   If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. **What are Charles Li's damages?**                    TOTAL $ __324,167.58__

Signed: _____
                Presiding Juror

Dated: ____4/14/16____

After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.

Verdict Form 7

We answer the questions submitted to us as follows:

1. **Did Charles Li have a right to payment from Demas Yan?**
   X Yes _____ No
   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **Did Demas Yan transfer property to Kaman Liu?**
   X Yes _____ No
   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. **Did Demas Yan transfer the property with the intent to hinder, delay, or defraud one or more of his creditors?**
   X Yes _____ No
   If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. **Was Demas Yan's conduct a substantial factor in causing Charles Li's harm?**
   X Yes _____ No
   If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. **Did Kaman Liu receive the property from Demas Yan in good faith?**
   _____ Yes X No
   If your answer to question 5 is yes, then answer question 6. If you answered no, skip question 6 and answer question 7.

6. **Did Kaman Liu receive the property in exchange for a reasonably equivalent value?**
   _____ Yes _____ No
   If your answer to question 6 is yes, stop here, answer no further questions, and have the presiding juror sign and date this form. If you answered no, then answer question 7.

7. **What are Charles Li's damages?**          TOTAL $ 72,037.24

Signed: _S. Fall_
        **Presiding Juror**

Dated: _4/14/16_

**After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.**

## Verdict Form 8

We answer the questions submitted to us as follows:

1. **Did Charles Li have a right to payment from Demas Yan?**
   __X__ Yes _____ No
   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. **Did Demas Yan transfer property to Kaman Liu?**
   __X__ Yes _____ No
   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. **Did Demas Yan fail to receive a reasonably equivalent value in exchange for the transfer?**
   __X__ Yes _____ No
   If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. **Did Charles Li's right to payment from Demas Yan arise before Demas Yan transferred property?**
   __X__ Yes _____ No
   If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. **Was Demas Yan insolvent at that time or did Demas Yan become insolvent as a result of the transfer?**
   __X__ Yes _____ No
   If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

6. **Was Demas Yan's conduct a substantial factor in causing Charles Li's harm?**
   __X__ Yes _____ No
   If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

7. **What are Charles Li's damages?**
   TOTAL $ _72,037.24_

Signed: _STalla_
Presiding Juror

Dated: _4/14/16_

After all verdict forms have been signed, notify the clerk that you are ready to present your verdict in the courtroom.

# Exhibit D

1   Duy Thai, SBN 157345
2   One Embarcadero Center, Suite 1020
    San Francisco, California 94111
3   Tel: 415 296-9927
    Fax: 415 230-5779
4

5   Attorney for Plaintiff Charles Li

**F I L E D**
Superior Court of California
County of San Francisco

NOV 19 2018

CLERK OF THE COURT
BY: _____

6

7          SUPERIOR COURT OF THE STATE OF CALIFORNIA

8       COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION

9   CHARLES LI, an individual,         Case No.: CGC-18-571386

10              Plaintiff,   DECLARATION OF DUY THAI IN
                       SUPPORT OF PLAINTIFF'S EX
11                       PARTE APPLICATION FOR
           v.             TEMPORARY RESTRAINING ORDER
12                       AND ORDER TO SHOW CAUSE WHY
    MEI LING FANG, a.k.a. LILY YAN, an   PRELIMINARY INJUNCTION
13   individual, DEMAS YAN, a.k.a. DENNIS  SHOULD NOT BE ENTERED
    YAN, an individual, VI DAN TRAN, a.k.a.
14   DAN V. TRAN, an individual, DOES 1
    through 50,
15

16              Defendants.

17

18

19         I, Duy Thai, declare as follows:

20          1.    I am the attorney for plaintiff and judgment creditor Charles Li in

21  this above-entitled matter. I make this declaration upon personal knowledge or, where so

22  indicated, upon information and belief.

23          2.    In *Li v. Yan*, CGC-10-497990 (San Francisco Superior Court),

24  plaintiff Li obtained a judgment against defendant Demas Yan for unauthorized practice

25  of law, attorney malpractice, and fraud. When he attempted to collect on the judgment,

26  plaintiff found out that defendant Yan had transferred his only substantial locatable asset,

27  a residential investment property at 547 23rd Avenue, San Francisco, California (the

28  "Subject Property"), to his mother and two brother-in-laws as alleged repayment for

1    alleged loans he owed to them. Plaintiff then filed *Li v. Chiu, Yan, et al.*, CGC-14-537574

2    (San Francisco Superior Court), to recover the property. This Court entered judgment

3    restoring the Subject Property to Yan's title for plaintiff Li's judgment enforcement. The

4    judgment was affirmed on May 31, 2018 by the court of appeal. *Li v. Chiu, Yan, et al.*,

5    Appeal No. A149849.

6            3.        Upon information and belief, defendant Mei Ling Fang is the wife

7    of defendant Demas Yan. She has purportedly appointed defendant Vi Dan Tran as the

8    trustee on a purported 2007 deed of trust (the "Purported Deed of Trust," attached herein

9    as **Exhibit 1**) against the Subject Property. This Court in *Li v. Chiu, Yan, et al.*, CGC-14-

10    537574, appointed a Receiver to manage the Subject Property and prepare it for sale for

11    satisfaction of plaintiff's judgments. Defendants are attempting to interfere with the

12    Receiver by foreclosing on the Subject Property under the Purported Trust Deed. They

13    have recorded a Notice of Trustee's Sale to auction the Subject Property on November

14    26, 2018, the Monday after the Thanksgiving weekend. **Exhibit 2.**

15            4.        On September 16, 2018, at 9:50 a.m., I telephoned Dan V Auto

16    Repair, 4848 MacArthur Boulevard, Oakland, California, 415 867-5797, the garage

17    where defendant Vi Dan Tran has worked at. A female person answered and said she

18    would pass on my message. She seemed to be taking careful notes as I gave notice that on

19    September 19, 2018, at 11:00 a.m., in Department 302 of this Honorable Court, plaintiff

20    Charles Li will apply for a temporary restraining order enjoining defendant Tran from

21    conducting the scheduled trustee's sale on November 26, 2018 or thereafter. I have not

22    received any response regarding whether anyone would oppose the application.

23            5.        The person at Dan V Auto Repair told me defendant Tran was out

24    of the country, and that she had not seen him in the two months since she worked there.

25    However, she would give my notice to the person who "runs" the shop and pays her

26    salary. That person, she said, was Dennis Yan, the name defendant Demas Yan

27    frequently goes by.

28

DECLARATION OF DUY THAI IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR
TEMPORARY RESTRAINING ORDER, etc. – *Li v. Fang, et al.* – CGC-18-571386

1      6.      I called Dan V Auto Repair because multiple public documents

2  connected the address of the garage to defendant Tran. Attached as **Exhibit 3** is an online

3  listing of the Better Business Bureau identifying Vi Dan Tran as the owner of the

4  business located at 4848 MacArthur Boulevard, Oakland, California. Attached as

5  **Exhibit 4** are Articles of Organization for Oakland Development, LLC, filed November

6  6, 2017, which was signed by Vi Tran and lists a business address of 4848 MacArthur

7  Boulevard, Oakland, California. Obviously, the name of the garage also tends to confirm

8  the connection.

9      7.      Though I was surprised to learn that defendant Yan was running

10  defendant Tran's garage, there are other links between the two. Defendant Tran has been

11  a law client of defendant Yan. Attached as **Exhibit 5** to this declaration is a Stipulation to

12  Pay Judgment in Installments in *Advance Merchant Finance 1, LLC v. Harry's Oakland*

13  *Auto Service LLC*, RG15-767302 (Alameda County Superior Court), signed on July 12,

14  2017 by Vi D. Tran and Dennis Yan as his attorney. Attached as **Exhibit 6** is the website

15  of an entity called KVT USA Inc. that discloses Dennis Yan as "Consulting Lawyer" and

16  Vi Dan Tran as "Great U.S.A Public relation Manager" [sic].

17      8.      Although the Notice of Trustee's Sale, attached as **Exhibit 2**, was

18  recorded on November 1, 2018 with the purported signature of defendant Tran, that

19  signature differs radically from his purported signature of on the Oakland Development,

20  LLC Articles of Organization, **Exhibit 4**, and the one in the Stipulation to Pay Judgment

21  in Installments. **Exhibit 5**.

22      9.      During my taking of multiple depositions and debtor's

23  examinations, Defendant Yan repeatedly claimed that he was separated from defendant

24  Fang and that he did not even know where she lived. However, when plaintiff's process

25  server conducted a stake-out to serve her an order of examination issued, it was

26  confirmed that she currently lives with him and apparently has lived with him all along.

27      10.      Most egregiously, defendant Yan disobeyed multiple Orders of this

28

DECLARATION OF DUY THAI IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR
TEMPORARY RESTRAINING ORDER, etc. – Li v. Fang, et al. – CGC-18-571386

1   Court to produce his tax returns, even after he lost an appeal in a published decision, *Li v.*
2   *Yan*, 247 Cal.App.4th 56 (2016). Yan then claimed that the tax returns would reveal a
3   joint filer, took a second appeal, and lost again. *Li v. Yan*, Appeal No. A151549. He
4   finally admitted, only through appellate counsel at the oral arguments, that the joint filer
5   was Mei Ling Fang, a person whose whereabouts he had claimed he did not even know.

6           11.     Defendant Yan previously testified definitively that he owed no
7   debt to his wife, **Exhibit 7**, p. 14, that he was not aware of any claims she had against
8   him or his properties, **Exhibit 8**, p. 13, that she came to the United States from China the
9   same year they got married, **Exhibit 9**, p. 6-9, that he was not aware of any separate
10  property that she owned at the time, **Exhibit 10**, p. 6, that she never transferred any
11  property or assets to him, **Exhibit 10**, p. 6, and that she did not work during the time they
12  were married. **Exhibit 9**, p. 6-9. It can be reasonably surmised that defendant Yan has
13  been channeling his income and assets through his wife, and that the tax returns would
14  expose the deception.

15          12.     Defendant Yan in fact had completely forgotten about the
16  Purported Deed of Trust. He was stumped in an examination and emphatically testified:
17  "There is no obligation. As far as I can remember, there is no promissory note that goes
18  with this." He further testified: "But all I know for sure is this is probably not a valid
19  deed of trust because there is no – there is nothing in exchange for it. Like I said, I didn't
20  know it was recorded." And: "I didn't know that it was recorded. It wasn't intended to be
21  recorded. There is no reason. And I think I searched the record recently. I haven't seen
22  this. I forgot about this." **Exhibit 11**, p. 47-49.

23          13.     Attached as **Exhibit 12** is a declaration defendant Yan submitted at
24  the trial in *Li v. Chiu*, in which he stated, "There was no promissory note accompanying
25  the Deed." Based upon that declaration, the defendants in that case argued that "without a
26  promissory note, a Deed of Trust is ineffective. […] It has no legal effect." **Exhibit 13**.
27  At trial, Yan testified before the jury:

28

DECLARATION OF DUY THAI IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR
TEMPORARY RESTRAINING ORDER, etc. – Li v. Fang, et al. – CGC-18-571386

16 My understanding today is that this document

17 would be a useless piece of document. It's not

18 enforceable.

19 Q. And you say it's unenforceable, because there

20 was no such $1,500,000 debt, correct?

21 A. Correct.

**Exhibit 14**, p. 117.

14. Defendant Yan was in an epic bankruptcy that lasted approximately 2004 to 2012. In preparing for the two trials related to this matter, my office combed Yan's voluminous bankruptcy file. I saw no hint that Mr. Yan ever obtained a $1.5 million loan in the middle of his bankruptcy. Indeed, he would have needed permission of the bankruptcy court or his bankruptcy trustee to take out any additional debt or encumber any of his assets at the time. No such request or permission was in the record. Defendant Yan admitted at trial that he never disclosed the Purported Deed of Trust to the bankruptcy trustee. **Exhibit 14**, p. 118. As was litigated in Li v. Chiu, Yan during his bankruptcy had advanced three other alleged loans from his relatives, for smaller amounts, which the bankruptcy court all rejected as invalid and unsubstantiated.

15. Defendant Fang has signed the foreclosure-related documents in a variety of contradictory purported capacities. She signed a first Substitution of Trustee on July 16, 2018 as the beneficiary of the Purported Deed of Trust. **Exhibit 15**. She signed the same-dated Declaration of Mortgage Servicer as "agent for Beneficiary SHUZHEN TU." **Exhibit 16**, p. 3. She signed a second Substitution of Trustee, the one appointing defendant Tran, as "Attorney-in-Fact for Beneficiary SHUZHEN TU." **Exhibit 17**. However, the Purported Deed of Trust identified only defendant Fang as the beneficiary, and there is no recorded assignment of that instrument.

16. On November 15, 2015, this Court ordered defendant Yan to be

put on the state's vexatious litigants list. On January 28, 2016, he was sanctioned $9,000.00 by the court of appeal for his vexatious appeal of Li v. Yan, Appeal No. A140798, which he has refused to pay. Defendant Yan was ordered disbarred by the California Supreme Court on March 16, 2018 for multiple ethical breaches and moral turpitude against multiple parties, including plaintiff Li.

17.  An emergency exists supporting plaintiff's application for ex parte relief because the trustee's sale is impending and threatens to cause irreparable harm to plaintiff. Plaintiff did not delay because his counsel has had to investigate and pierce through a blizzard of names, entities, and documents that defendant Yan has thrown up. Plaintiff has attempted to take the order of examination of defendant Fang, but she has refused to appear. The attempt to investigate Vi Dan Tran was also extremely difficult.

18.  Attached as exhibits to this declaration are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Deed of Trust with Assignment of Rents as Additional Security, recorded December 3, 2007 |
| 2 | Notice of Trustee's Sale, recorded November 1, 2018 |
| 3 | Entry for Dan's Auto Repair, 4848 macarthur Boulevard, Oakland, California, on Better Business Bureau website |
| 4 | Articles of Organization, Oakland Development, LLC, filed November 6, 2017 |
| 5 | Stipulation to Pay Judgment in Installments, *Advance Merchant Finance 1, LLC v. Harry's Oakland Auto Service LLC*, RG15-767302 (Alameda County Superior Court), signed on July 12, 2017 |
| 6 | Website of KVT USA Inc., http://www.kvtusa.com/ |
| 7 | Excerpts of Order of Examination of Demas Yan, March 11, 2015 |

DECLARATION OF DUY THAI IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, etc. – Li v. Fang, et al. – CGC-18-571386

| 8 | Excerpts of Order of Examination of Demas Yan, April 21, 2015 |
| 9 | Excerpts of Order of Examination of Demas Yan, June 4, 2013 |
| 10 | Excerpts of Order of Examination of Demas Yan, April 30, 2015 |
| 11 | Excerpts of Order of Examination of Demas Yan, May 19, 2015 |
| 12 | Declaration of Demas Yan, *Li v. Chiu*, CGC-14-537574, July 24, 2015 |
| 13 | Defendants' Motion in Limine No. 5, *Li v. Chiu*, CGC-14-537574, March 15, 2016 |
| 14 | Excerpts of Reporter's Transcript of trial in *Li v. Chiu*, CGC-14-537574, April 7, 2016 |
| 15 | Substitution of Trustee, recorded July 18, 2018 |
| 16 | Notice of Default and Election to Sell Under Deed of Trust, recorded July 18, 2018 |
| 17 | Substitution of Trustee, undated but recorded September 24, 2018 |

I declare under penalty of perjury under the laws of California that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on November 19, 2018.

Duy Thai
Attorney for Plaintiff Charles Li

7

# Exhibit E

The Land Registry
Land Registrar
13/06/2017

**MEMORIAL of an instrument to be registered in the Land Registry under the Land Registration Ordinance**

依據土地註冊條例在土地註冊處註冊的文書之註冊摘要

Memorial No.
註冊摘要編號
15061202560198

接獲日期
(日/月/年)
Received On
(DD/MM/YYYY)
12/06/2015

| Solicitors Code of lodging firm 文件交署登記行所事務代號 | Registration Fee 註冊費用 | Please tick the appropriate box 請在適當方格內加上✓號 | Other (please specify) 其他（請註明） |
|---|---|---|---|
| 09382601 | | $210 □  $230 □  $450 ☑  $1000 □  $2000 □ | |

Nature and object of the instrument 文書的性質及目的
**ASSIGNMENT**

Property Reference Number (if any): 物業參考編號（如有的話）
B1311594

Address (if applicable; including the address in the Chinese language, if known) 地址（如適用，包括其所屬的中文地址）

FLAT 4 ON 40/F OF BLOCK C,
TIN FU COURT,
15 TIN SAU ROAD,
YUEN LONG,
NEW TERRITORIES

Undivided Shares (if any) 所佔的不分割份數（如有的話）
60/329461

Lot Number(s) 地段編號
TIN SHUI WAI TOWN LOT NO 22

| Date of Instrument 文書日期 | | | Consideration 代價 |
|---|---|---|---|
| 15 Day 日 | 05 Month 月 | 2015 Year 年 | HK$2,810,000.00 |

| Names of parties (including the names in the Chinese language, if known) 各方的姓名或名稱（包括其所屬的中文姓名或名稱） | In case of change of ownership, please specify Identification Numbers of parties (Identity Card No./Travel Document No./Company No./etc.) 如屬業權轉讓，請註明各方的身分證明書編號（身分證/旅行證件/公司編號等） | Status of parties (Assignor/ Assignee etc.) 各方的身分（轉讓人/承讓人等） | Respective shares in, and capacities in relation to, the premises 各方在有關物業的份數／身分及關係 |
|---|---|---|---|
| YAN DEMAS WAI (甄維揚) | H.K.I.C. NO.P402485(4) | The Vendor | |
| CHOW CHUNG MING (周頌銘) | H.K.I.C. NO.Z217129(6) | The Purchaser | |

| Memorial number (including district code, Identifier, if applicable) of transaction satisfied. 獲得解除交易的註冊摘要編號（包括地區編號及識別，如適用的話） | | Stamp Office Instrument Reference No. 印花稅署文書參考編號 | Stamp Duty 印花稅 |
|---|---|---|---|
| 150430023****3 150429023904442 | | **16-0436*0-6-5-1** | $42,150.00 |

On this 10th June 2015 (name) Lau Chun Hei Andy

T.K.TSUI & CO

Hong Kong, Solicitor

hereby certify that the foregoing Memorial contains a just and true account of the several particulars therein set forth as required by the Land Registration Regulations.

印花稅署
INLAND REVENUE DEPARTMENT
STAMP OFFICE

香港灣仔告士打道5號稅務大樓4樓
4/F, Revenue Tower, 5 Gloucester Road,
Wan Chai, Hong Kong

電話號碼 Tel. No.: 2594 3202
傳真號碼 Fax No.: 2519 9025

網址 Web site :www.ird.gov.hk
電郵 E-mail : taxadmin@ird.gov.hk

## 印花證明書 STAMP CERTIFICATE

此印花證明書是根據《印花稅條例》發出，具有與傳統印花相同的法律效力。
This stamp certificate is issued under the Stamp Duty Ordinance
and has the same legal status as conventional stamp.

(此證明書必須附貼於下列文件上，作為已加蓋印花的證據。) This certificate must be attached to the instrument shown below as evidence of stamping.

文件編號 Instrument Ref. No.: 3416-049688-0-0-K

文件性質 Nature of Instrument: 轉讓契 Assignment

文件簽立日期 Date of Instrument: 15/05/2015 (日Day /月Month /年Year)

代價款額 Consideration: $2,810,000.00

取得之權益 Interest acquired: 100.00%

物業地址 Property Address: FLAT 4 ON 40/F OF BLOCK G
TIN FU COURT
15 TIN SAU ROAD
YUEN LONG NT

有關人士姓名及身份 Name and capacity of parties:

賣方 Vendor(s):
(1) YAN DEMAS WAI

買方 Purchaser(s):
(1) CHOW CHUNG MING

HONG KONG
$42150
STAMP DUTY PAID

茲證明上述文件已加蓋印花／簽註如下：
This is to certify that the above instrument is stamped / endorsed as below:

印花證明書編號 Stamp Certificate No.: 16-3-0095829-5
加蓋印花日期 Date of Stamping: 09/06/2015 (日Day /月Month /年Year)
已付印花稅 Stamp Duty Paid: $42,150.00
已付買方印花稅 Buyer's Stamp Duty Paid: 不徵收/不適用 Not chargeable
付款方式 Payment Method: 其他 Others

HONG KONG
SPECIAL STAMP DUTY
NOT CHARGEABLE

HONG KONG
BUYER'S STAMP DUTY
NOT CHARGEABLE

稅務局局長 代
FOR Collector of Stamp Revenue
WONG Kuen-lai
Collector of Stamp Revenue

I.R.C. 101 (E) 3511
08.2013(1)

你可以 www.ird.gov.hk/estamping 核實本印花證明書的真確性。
You may check the authenticity of this certificate at www.ird.gov.hk/estamping

**THIS ASSIGNMENT** is made the 13th day of May 2015

**BETWEEN**

(1)   **YAN DEMAS WAI** (甄維捷) of Room 1806, Lung Yan House, Kam Lung Court, Ma On Shan, Shatin, New Territories, Hong Kong ("the Vendor"); and

(2)   **CHOW CHUNG MING** (周頌鳴) of Flat 4, 40th Floor, Block C, Tin Fu Court, 15 Tin Sau Road, Yuen Long, New Territories ("the Purchaser").

WHEREAS the Purchaser is a prescribed nominee with the definition set out in the Paragraph 1A of the Schedule to the Housing Ordinance (Cap.283), who is nominated by the Hong Kong Housing Authority to purchase the Property as hereinafter defined subject to the terms, covenants and conditions in the Schedule to the Housing Ordinance (Cap.283).

NOW THIS DEED WITNESSETH as follows:

1.   In consideration of the sum of HONG KONG DOLLARS TWO MILLION EIGHT HUNDRED AND TEN THOUSAND ONLY (HK$2,810,000.00) paid by the Purchaser to the Vendor (the receipt whereof is acknowledged) the Vendor as Beneficial Owner ASSIGN to the Purchaser the land described in the Schedule hereto ("the Property") TO HOLD the same unto the Purchaser for the residue of the term of years created by the Government Lease referred to in the Schedule SUBJECT to the payment of a due proportion of the yearly Government rent reserved by and the covenants conditions and provisos contained in the Government Lease AND SUBJECT to and with the benefit of a Deed of Mutual Covenant registered in the Land Registry by Memorial No.YL947072 ("the Deed of Mutual Covenant").

2.   This Assignment is subject to the terms covenants and conditions (hereinafter called "the said Terms, Covenants and Conditions") contained in the Schedule to the Housing Ordinance (Cap.283) and any amendments thereto.

The Purchaser hereby covenants with the Vendor as follows:

(1)   The Purchaser will observe and perform the covenants terms and conditions by and in the Deed of Mutual Covenant reserve and contained and will indemnify the Vendor against all actions suits expenses claims and demands on account of or in

respect of the non-observance or non-performance of the said covenants terms and conditions or any of them.

(2) In the event that the Purchaser wishes to sell the Property and The Hong Kong Housing Authority ("the Authority") or its nominee (which expression shall, for the purpose of this Clause 3(2), exclude a prescribed nominee as defined in the said Terms Covenants and Conditions) wishes to purchase the Property in accordance with the said Terms Covenants and Conditions, the Authority shall, within twenty-eight days of receiving the Purchaser's notice of intended sale, serve upon the Purchaser at the address of the Property (or at the address specified for the purpose in such notice of intended sale), a notice of acceptance in writing to that effect, in which event completion of the sale shall be effected by the Purchaser within such time as shall be specified by the Authority or its nominee in writing, by entering into a deed of assignment of the Property in a form approved by the Authority and delivering vacant possession of the Property to the Authority or its nominee.

4. The Purchaser HEREBY COVENANTS with the Authority that the Purchaser acknowledges the rights conferred on the Authority (and its successors and assigns) under Clause 1(f), (h) and (i) of the Deed of Mutual Covenant to the intent that such covenant shall bind the Property and the owner or owners thereof for the time being and other person or persons deriving title under the Purchaser (each and all of whom, including the Purchaser is and are hereinafter included in the expression "the Covenanting Purchaser") and shall enure for the benefit of the said land (as defined in paragraph (1)(a) of the Schedule ) and the Estate (as defined in paragraph (1)(a) of the Schedule) and be enforceable by the Authority and its successors and assigns and that the Covenanting Purchaser hereby expressly and irrevocably appoints the Authority to be his attorney and grants unto the Authority the full right power and authority to give all consents and to do all acts deeds matters and things and to execute and sign seal and as the acts deeds of the Covenanting Purchaser deliver such deeds and to signs such documents or instruments as may be necessary for the exercise of or incidental to the exercise of the rights conferred on the Authority as aforesaid with the full power of delegation and the Covenanting Purchaser hereby further covenants to do all acts deeds matters and things and to execute sign seal and deliver such deed or deeds and to sign such documents or instruments as may be necessary to give effect to such appointment and grant AND in the event of the Covenanting Purchaser selling or otherwise disposing of the Property the Covenanting Purchaser shall sell or otherwise dispose of the Property upon the condition that the purchaser or assignee thereof shall enter into the same binding covenants on terms similar in scope and extent as the covenants hereinbefore contained.

5.   It is hereby agreed and declared by the parties hereto that the respective covenants by the Vendor and the Purchaser implied by the Conveyancing and Property Ordinance (Cap.219) shall be construed and shall take effect so far as they affect or relate to the Property but not further or otherwise.

6.   It is hereby certified that the transaction hereby effected does not form part of a larger transaction or of a series of transactions in respect of which the amount or value or the aggregate amount or value of the consideration exceeds HK$3,000,000.00.

7.   The Purchaser acknowledges that he is purchasing the Property subject to the liability for payment of premium as set out in paragraph 1 of the Schedule to the Housing Ordinance Cap.283.   The Vendor declares that for the purpose of calculation of the amount of premium under paragraph 1(b) of the Schedule to the Housing Ordinance, the Initial Market Value and the Purchase Price of the Property are specified in Assignment Memorial No.YL960514 as HK$1,650,400.00 and HK$952,900.00 respectively.

IN WITNESS whereof the parties hereto have hereunto executed this Assignment the day and year first above written.

## SCHEDULE

1. **The Property**

(a) Description, address, lot number, sections and undivided shares, etc.

ALL THOSE 60 equal undivided 329,461<sup></sup> parts or shares of and in ALL THAT piece or parcel of ground registered in the Land Registry as TIN SHUI WAI TOWN LOT NO.22 ("the Lot") And of and in the messuages erections and buildings thereon known at the date hereof as "TIN FU COURT (天富苑)" ("the Estate") TOGETHER with the sole and exclusive right and privilege to hold use occupy and enjoy ALL THAT FLAT NO.4 on the 40TH FLOOR of BLOCK C of TIN FU COURT (天富苑) (which Flat for the purpose of identification only is particularly shown on the Floor Plan annexed to an Assignment registered in the Land Registry by Memorial No. YL960514 ("the Assignment")) and thereon coloured Pink.

(b) Exceptions and reservations

Subject to all the exceptions and reservations (if any) as more particularly described, mentioned and/or referred to in the Government Lease, the Deed of Mutual Covenant and the Assignment.

(c) Easements and other appurtenant rights the benefits of which is assigned with the Property

All rights, rights of way (if any), privileges, easements and appurtenances belonging or appertaining to the Property and other appurtenant rights (if any) as contained in the Lease, the Deed of Mutual Covenant or, any other instrument or instruments registered in the Land Registry so far as the same affect the Property and are still subsisting and capable of being enforced.

(d) Easements and other appurtenant rights to which the Property is subject

All rights, rights of way, privileges and easements as contained in the Lease, the Deed of Mutual Covenant or any other instrument or instruments registered in the Land Registry so far as the same affect the Property and are capable of being enforced and all subsisting rights, rights of way, privileges and easements to which the Property is subject.

2. **The Government Lease**

(a) Date    15th day of October 1999

(b) Parties    The Government of the Hong Kong Special Administrative Region of the one part and The Hong Kong Housing Authority of the other part

(c) Term    for the term of fifty years commencing on the 15th day of October 1999

(d) Lot    Tin Shui Wai Town Lot No.22

(e) As varied by a Deed of Rectification dated the 8th day of December 2000 and registered in the Land Registry by Memorial No.YL943593

SIGNED SEALED AND DELIVERED )

by the Vendor (having been previously )

identified by production of his Hong Kong )

Identity Card No. P402485(4) ) in the )

presence of :- )

Man Wai Fung
Clerk to Messrs. Pansy Leung Tang & Chua
Solicitors, Hong Kong SAR

INTERPRETED to the Vendor by :-

Man Wai Fung
Clerk to Messrs. Pansy Leung Tang & Chua
Solicitors, Hong Kong SAR

I hereby verify the signature of
Man Wai Fung

CHUA SIU WANG RAYMOND
Solicitor of PANSY LEUNG, TANG & CHUA
Solicitors HKSAR

6

SIGNED SEALED AND DELIVERED by )

the Purchaser (Holder of Hong Kong )

Identity Card No.Z217129(6)] in the )

presence of :- )

CHUI TAK SHU
Chui tak shiu, T.K. Tsu & Co.,
Solicitors, Hong Kong SAR

INTERPRETED to the Purchaser by:-

I hereby verify the
signature of Chui Tak Shu

CHUI TAK SHU
Chui tak shiu, T.K. Tsu & Co.,
Solicitors, Hong Kong SAR

LAU CHUN HEI ANDY
Solicitor, Hong Kong SAR
T. K. Tsu & Co., Solicitors

Dated the  15th  day of  May,  2015

**A S S I G N M E N T**

註冊摘要編號 Memorial No.

**15081202660168**

本文書於2015年6月12日在土地註冊處
以上述註冊摘要編號註冊

This instrument was registered in the
Land Registry by the above Memorial
No. on 12 June 2015

土地註冊處處長
Land Registrar

Messrs. T. K. Tsui & Co.,
Solicitors,
Room 502, 5th Floor,
HSBC Building Yuen Long,
150-160 Castle Peak Road,
Yuen Long, N.T.

Ref. Y8441/15/15/P/PW/khm

Exhibit F

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - -

DEMAS YAN,                )

      Appellant,    )        CASE NO.

vs.                       )    3:11-CV-01814-RS

TONY FU, CRYSTAL LEI,  )

WEI SUEN, BRYANT FU,   )

and STELLA HONG CHEN,  )

      Appellees.    )

- - - - - - - - - - - -


ORDER OF EXAMINATION RE:

DEMAS YAN

TUESDAY, JUNE 27, 2017

VOLUME 1; PAGES 1 - 80


HANNAH KAUFMAN & ASSOCIATES, INC.
Certified Shorthand Reporters
San Francisco Executive Park
150 Executive Park Blvd., Suite4600
San Francisco, California 94134-3333
(415) 337-2077
Reported by:
CANDACE HOLROYD, CSR 137

Hannah Kaufman & Associates, Inc.

1
2
3          DEMAS YAN, appearing pursuant to an Order of
4    Examination on behalf of the Judgment Creditor Crystal
5    Lei, was duly sworn by the Clerk of the Court at the
6    United States District Court, Courtroom F, Fifth Floor,
7    350 Golden Gate Avenue, San Francisco, California; said
8    examination commencing at 9:14 A.M., TUESDAY, JUNE 27,
9    2017, before Candace Holroyd, Certified Shorthand
10   Reporter No. 1370.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Order of Examination

Hannah Kaufman & Associates, Inc.

1               TUESDAY, JUNE 27, 2017; 9:00 AM

2

3                       DEMAS YAN

4       having been first duly sworn by the Court Clerk,

5       testified as follows:

6                       EXAMINATION

7       BY MR. SERLIN:

8          Q.  All right.  Could you please state your full

9       name for the record.

10         A.   Demas Yan -- D-e-m-a-s; last name Yan, Y-a-n.

11         Q.   Okay.  What is your date of birth, please?

12         A.   Before I begin, why is that guy Tony Fu here?

13         Q.  Public hearing.

14         A.   No.  He cannot be here.  The reason why is

15      because he try to kill me.

16         Q.   We are in --

17         A.   Him being here is intimidation.  I also will

18      like to say there be a stay-away order against him.

19         Q.   Well, this is a -- the record will reflect that

20      we are in Courtroom F of the federal courthouse in the

21      U.S. District Court in San Francisco, and everybody in

22      this courtroom --

23         A.   And this guy -- excuse me, I need to put this

24      on -- this guy, Bryant Fu, who just came up here, he is

25      within five feet of me, this guy has intimidated me

Order of Examination

Hannah Kaufman & Associates, Inc.

1    other than the names of your children.  She said every

2    question.

3              What is your full Social Security number,

4    please?

5         A.   I am not sure that is what she said.  Are you

6    sure?

7         Q.   Yes.  You are to answer every question.  It is

8    an open book.  That was exactly what she said.

9              And the only question that she said --

10        A.   No, it is a safety concern for me as well.  Want

11   to just hold this off and then we can clarify with the

12   judge?

13        Q.   Okay.  Does anybody besides you live at the 1433

14   7th Avenue address?

15        A.   Yes.

16        Q.   And who is that?

17        A.   I already told you I have specific concern of

18   the people who live with me.

19        Q.   So you are refusing to answer?

20        A.   And the judge agreed I have reason for safety

21   concerns.

22        Q.   No.  The judge said the only thing that at this

23   moment the only thing you don't have to disclose is the

24   name of your minor children.  Everything else.

25              So there are other people who live at the 1433

28

Order of Examination

```
1        7th property.  How many besides yourself?
2        A.   One.
3        Q.   Okay.  Is that your wife?
4        A.   No.
5        Q.   Who is it?
6        A.   Again, of safety concern, I cannot give out the
7    information.
8        Q.   Are you married?
9        A.   Yes.
10       Q.   What is your wife's name?
11       A.   I am separated.
12       Q.   What's your wife's name?
13       A.   I'm separated, so I have safety concern as well.
14       Q.   How long have you been separated?
15       A.   Pretty long time.  I don't remember.
16       Q.   A month?
17       A.   Many years.
18       Q.   Do you know where your wife lives?
19       A.   No.
20       Q.   When was the last time you had any contact with
21   her?
22       A.   I don't remember.
23       Q.   When did you get married?
24       A.   Sometime in 2004.
25       Q.   Where were you married?
```

Order of Examination

Hannah Kaufman & Associates, Inc.

1          Do you have a power attorney for any third
2     person?
3          A.   So is that your question:  Do I have a power of
4     attorney to sign anything for other people?
5          Q.  For any third person, whether that is an
6     individual, entity, or otherwise.
7          A.   Is that your question?
8          Q.   Yes.
9          A.   Okay.
10          No, I don't.
11          Q.   In your bankruptcy that was filed some years
12     ago, you listed a flat in Hong Kong as part of your
13     property.  Do you still own that?
14          A.   No.
15          Q.   What happened to it?
16          A.   I have no ownership in that for many, many
17     years.
18          Q.   What happened to it?
19          A.   What happened to it?
20          Q.   Right.  You listed it as an asset in your
21     bankruptcy a few years ago.  So, what happened to it
22     that you don't own it now?
23          A.   It was sold.
24          Q.   When was it sold?
25          A.   Many years ago.

Order of Examination

Hannah Kaufman & Associates, Inc.

1    Q.   To whom did you sell it?

2    A.   I don't remember the name.

3    Q.   What were the terms of the sale?

4    A.   I don't remember the terms.

5    Q.   Do you remember how much you sold it for?

6    A.   I believe it was around -- I don't remember the

7    amount now.

8    Q.   Do you remember to whom you sold it?

9    A.   No.

10   Q.   So you don't know who you sold it to and you

11   don't know how much you got paid for it.  Is that what

12   you are saying?

13   A.   I said I don't remember.

14   Q.   Do you have any documents relating to such sale?

15   A.   No.

16   Q.   You didn't -- so you didn't keep the purchase

17   agreement or any escrow records or anything like that?

18   A.   No.

19   Q.   If you needed to get those records, how would

20   you go about finding them?

21   A.   I don't know.

22   Q.   Other than the property in Hong Kong, have you

23   owned in whole or in part any other real property?

24   A.   No.

25   Q.   Okay.  There was $175,000 in surplus proceeds

34

Hannah Kaufman & Associates, Inc.

1    that came out of your bankruptcy in 2012.  Where did

2    that money go?

3        A.   I don't remember.

4        Q.   Pretty big sum of money, wouldn't you say?

5        A.   For me, yes.

6        Q.   Okay.  So, when you -- and you got a check from

7    the bankruptcy trustee; correct?

8        A.   I don't remember whether it was a check or not.

9        Q.   Okay.  Well, a check or a wire transfer, where

10   did you go?

11       A.   I don't remember.

12       Q.   Well, did it get put into a bank account?

13       A.   I don't remember.

14       Q.   You have 175,000 which you just admitted was a

15   large amount of money for you, you have no recollection

16   whether that money was taken out in cash, whether you

17   got a wire transfer -- is that what you are testifying?

18       A.   I don't remember.  That is my testimony.

19       Q.   How long have you banked with Wells Fargo?

20       A.   A few years, I believe.

21       Q.   Did you ever bank with any financial institution

22   other than Wells Fargo?

23       A.   No.

24       Q.   Okay.  So, your savings account, your checking

25   account, and your client trust account have been with

35

Order of Examination

```
 1     papers -- whether a driver's license, a student photo
 2     ID -- from any country other than the United States?
 3         A.   Repeat the question again.
 4         Q.   Did you ever have identification card or
 5     papers -- whether student ID, driver's license, anything
 6     like that -- from any country other than the United
 7     States?
 8         A.   Timeframe.
 9         Q.   In the last 10 years.
10         A.   Last 10 years.  Other than U.S.?  Other than
11     documents from in U.S. -- from U.S.?
12         Q.   Right.
13         A.   No.
14         Q.   Okay.  Have you ever filed a joint tax return
15     with your wife?
16         A.   Yes.
17         Q.   When was the last time you did?
18         A.   I think I -- in -- I have been filing jointly,
19     using her name, for the last few years, yes.
20         Q.   Okay.  Do you have copies of the tax returns
21     that you filed in the last few years?
22         A.   No.
23         Q.   Who has them?
24         A.   I don't have them.  And they would be
25     privileged.
```

Order of Examination

1      Q.   So you don't keep copies of your tax returns?

2      A.   No.

3      Q.   Would your wife have copies of the joint tax

4  returns that you filed?

5      A.   I don't think so.

6      Q.   Okay.  Well, didn't she sign them?

7      A.   I cannot say.

8      Q.   Well, if there is a joint tax return she would

9  have to sign them; right?

10     A.   The tax returns would be privileged.

11     Q.   That's not the question.  Did she sign the joint

12 tax returns?

13     A.   I cannot say.

14     Q.   You don't know or you won't say?

15     A.   I don't know.

16     Q.   Okay.  Does your wife have any notes or deeds of

17 trust in her favor?

18     A.   No, not that I know of.

19     Q.   Okay.  Do your children are any notes or deeds

20 of trust in their favor?

21     A.   No.

22     Q.   Are there any deposit accounts in your

23 children's names over which you have signature

24 authority?

25     A.   No.

Order of Examination

Hannah Kaufman & Associates, Inc.

1       Q.   Do you know whether your children have any
2   deposit accounts?
3       A.   No.
4       Q.   Other than your interest in any law practice,
5   have you ever had an interest in any business in the
6   last 10 years?
7       A.   No, I don't remember.  I don't recall.
8       Q.   Have you had signature authority over any bank
9   account -- strike that -- any deposit account outside of
10  the United States in the last 10 years?
11      A.   Last 10 years?  I don't think so.
12      Q.   Okay.  Have you ever had a bank account in Hong
13  Kong or China?
14      A.   I think it is more than 10 years ago.
15      Q.   Okay.  Well, you owned the condominium in Hong
16  Kong in at least 2011 according to your bankruptcy
17  schedules.  So were you collecting rents from that
18  property?
19      A.   No.
20      Q.   Who was?
21      A.   I don't believe there was ever any rent.
22      Q.   Did anybody live there in 2011?
23      A.   I don't think so.
24      Q.   So it just sat there empty?
25      A.   I don't think -- I don't think I have interest.

Order of Examination

Hannah Kaufman & Associates, Inc.

1    I think I sold it years before that.

2        Q.   Well, you listed it as an asset in your

3    bankruptcy in 2011.

4        A.   I don't recall that.

5        Q.   I am just telling you that.  So nobody lived

6    there at the Hong Kong condominium during the time that

7    you owned it?

8        A.   No.

9        Q.   Did anybody use it?

10       A.   No.

11       Q.   Okay.  Isn't it true that you received about

12   $2.8 million Hong Kong dollars in 2015?

13       A.   No.

14       Q.   Have you received any funds in Hong Kong dollars

15   in the last 10 years?

16       A.   The question again.

17       Q.   Have you received any funds in Hong Kong dollars

18   in the last 10 years?

19       A.   I can't say.  I don't recall.

20       Q.   Okay.  Did you have any ownership interest,

21   whether in whole or in part, in the 818 Green Street

22   property in San Francisco?

23       A.   No.

24       Q.   Is there some reason that your name appeared in

25   an advertisement for that property?

Order of Examination

CERTIFICATE OF REPORTER

1

2

3        I, Candace Holroyd, Certified Shorthand Reporter

4   No. 1370, do hereby certify the following:

5        That the within-entitled ORDER OF EXAMINATION OF

6   DEMAS YAN was reported by me at the time and place

7   mentioned herein;

8        That I am not of counsel or attorney for any of

9   the parties in the caption, nor in any way interested in

10  the outcome of the cause named in said caption;

11       That the proceeding was transcribed by computer

12  by me or under my supervision to the best of my ability,

13  and that the within transcript is complete and correct.

14

15  DATED: 7-1-2017            _Candace Holroyd_

16                         CANDACE HOLROYD, CSR 1370

17

18

19

20

21

22

23

24

25

# Exhibit G

Exhibit 9

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

Case Number:  04-33526-7-T
Case Name:    Demas Wai Yan

Taxpayer ID #:  75-6795037
Period Ending:  08/01/12

Trustee:       Janina M. Hoskins (007880)
Bank Name:   The Bank of New York Mellon
Account:      9200-00848764-66 - Checking Account
Blanket Bond: $4,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312084876466 | Wire in from JPMorgan Chase Bank, N.A. account 312084876466 | 9999-000 | 3,590.82 | | 3,590.82 |
| 04/13/10 | | From Account #92000084876422 | Adjust Principal via TIA Rollover | 9999-000 | 90,442.61 | | 94,033.43 |
| 04/14/10 | 10127 | Reidun Stromsheim | Interim fees per Order 3/15/10 | 3210-000 | | 15,672.00 | 78,361.43 |
| 04/14/10 | 10128 | Reidun Stromsheim | C. 7 expenses- Order 3/15/10 | 3220-000 | | 333.92 | 78,027.51 |
| 06/04/10 | | ACCOUNT FUNDED: 92000084876423 | transfer to CD | 9999-000 | | 75,000.00 | 3,027.51 |
| 03/01/11 | | From Account #92000084876423 | Adjust Principal via TIA Rollover | 9999-000 | 35,037.62 | | 38,065.13 |
| 03/03/11 | 10129 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/03/2011 FOR CASE #04-33526-7, 2011 Blanket Bond Payment Bond # 016030864 | 2300-000 | | 517.18 | 37,547.95 |
| 03/30/11 | | From Account #92000084876423 | TIA transfer credit adjustment | 9999-000 | -2.00 | | 37,545.95 |
| 03/31/11 | 10130 | Reidun Stromsheim, Esq. | First Interim Post-Final Fees- Order 3/21/11- Dckt. 466 | 3210-000 | | 36,226.50 | 1,319.45 |
| 03/31/11 | 10131 | Reidun Stromsheim, Esq. | First Interim Post-Final Expenses 3/21/11- Dckt. 466 | 3220-000 | | 611.94 | 707.51 |
| 10/12/11 | | From Account #92000084876422 | close out mma and transfer to DDA re final distribution- payments | 9999-000 | 340,257.24 | | 340,964.75 |
| 10/14/11 | 10132 | Reidun Stromsheim, Esq. | Final Fee Application- Order- Docket no. 488 | 3210-000 | | 8,277.50 | 332,687.25 |
| 10/14/11 | 10133 | Reidun Stromsheim, Esq. | Final Expenses- Allowed Order- Docket no. 488 | 3220-000 | | 543.42 | 332,143.83 |
| 10/14/11 | 10134 | Golden State Lumber | Payment in full on Levy and Judgment/Writ- paid from Debtor's Surplus | 8100-002 | | 17,765.60 | 314,378.23 |
| 10/14/11 | 10135 | Sing Tao Newspapers (SF) Ltd | Payment from Debtor's surplus per Writ and Levy | 8100-002 | | 122,927.38 | 191,450.85 |
| 10/18/11 | 10136 | Crystal Lei | Payment in full with interest to 10/18/11 on 3 Writs on CGC 07-467500 | 8100-002 | | 16,411.16 | 175,039.69 |
| 11/08/11 | 10137 | Demas Wai Yan | Surplus funds paid to Debtor after payment of claims and levies | 8200-002 | | 175,039.69 | 0.00 |

ACCOUNT TOTALS           469,326.29    469,326.29    $0.00
Less: Bank Transfers      469,326.29    75,000.00
Subtotal                         0.00      394,326.29
Less: Payments to Debtors                  332,143.83
NET Receipts / Disbursements   $0.00      $62,182.46

{} Asset reference(s)                         Printed: 08/01/2012 02:42 PM   V.13.02

Exhibit H

9/11/2018       Demas Yan of San Francisco disbarred for making false representations to various courts and other misconduct – The State Bar of Califor…

Case 3:11-cv-01814-RS   Document 120-1   Filed 02/26/19   Page 59 of 59



# The State Bar *of California*

## News Releases

### Media Contact
Office of Communications | 415-538-2283 | barcomm@calbar.ca.gov

## Demas Yan of San Francisco disbarred for making false representations to various courts and other misconduct



Tuesday, March 20, 2018   Categories: Attorney Discipline, Disbarments

Demas W. Yan [#257854], 54, of San Francisco was disbarred effective March 16, 2018. He was also ordered to notify all his clients of the discipline and perform other obligations under rule 9.20 of the California Rules of Court. Yan was found culpable on 27 counts of misconduct involving seven cases, in matters arising out of four separate notices of disciplinary charges issued between December 2014 and January 2017. Yan was found to have made numerous false representations to various courts, filing numerous frivolous unwarranted actions in bankruptcy court and civil court, failing to pay sanctions or obey other court orders, failing to report the imposition of sanctions to the State Bar and making false assertions to various courts including the 9th Circuit Court of Appeals. Yan has one prior disciplinary action. In 2013 he was suspended from practice for one year and placed on probation for three years for negligently misappropriating funds, comingling personal and client funds, representing adverse interests, and improperly receiving unemployment benefits.

**Effective Discipline Date:** March 16, 2018
Tags: San Francisco County

Copyright © 2018 The State Bar of California