AT-138/EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Brian S. Healy SBN 112371 <br> FIRM NAME: Tierney Watson & Healy <br> STREET ADDRESS: 351 California Street, Suite 600 <br> CITY: San Francisco  STATE: CA  ZIP CODE: 94104 <br> TELEPHONE NO.: (415) 974-1900   FAX NO.: (415) 974-6433 <br> E-MAIL ADDRESS: <br> ATTORNEY FOR (name): Judgment Creditor - Crystal Lei | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Francisco
STREET ADDRESS: 450 Golden Gate Ave
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District

PLAINTIFF Demas W. Yan
DEFENDANT Crystal Lei

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION <br> [X] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person) <br> [ ] Judgment Debtor   [X] Third Person | CASE NUMBER: <br> 3:11-CV-01814-RS |
|---|---|

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): Tina Yan
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [ ] furnish information to aid in enforcement of a money judgment against you.
   b. [X] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: September 25, 2019   Time: 9:00 a.m.   Dept. or Div.: 15th Floor   Rm.: F
Address of court   [X] is shown above   [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: August 7, 2019

JUDGE: *Jacqueline Scott Corley* — Judge Jacqueline Scott Corley

This order must be served not less than 10 days before the date set for the examination.

**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [X] Original judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): Tina Yan
   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [ ] the judgment debtor.
   b. [X] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached. See docket entry # 100
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: August 5, 2019

Brian S. Healy
(TYPE OR PRINT NAME)   (Continued on reverse)   (SIGNATURE OF DECLARANT)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
AT-138/EJ-125 [Rev. January 1, 2017]
CEB Essential Forms  ceb.com

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
(Attachment-Enforcement of Judgment)

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120, 708.170
www.courts.ca.gov