BRIAN S. HEALY, State Bar No. 112371
TIERNEY, WATSON & HEALY
A Professional Law Corporation
351 California Street, Suite 600
San Francisco, California 94104
Telephone: (415) 974-1900
Facsimile: (415) 974-6433
Email: brian@tw2law.com

Attorneys for Judgment Creditor
Crystal Lei

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Demas Yan, | No: 11-CV-01814-RS (JSC) |
| Plaintiff, | |
| v. | PROOF OF SERVICE RE ORDER TO APPEAR - Demas Yan |
| Crystal Lei, et. al., | |
| Defendant. | |

Brian S. Healy  SBN #112371
Tierney Watson & Healy, PC
351 California Street, Suite 600, San Francisco, CA 94104
Tel: (415) 974-1900  Fax: (415) 974-6433  Email: brian@tw2law.com

Attorney for Judgment Creditor Crystal Lei

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Case No. 3-11-cv-01814-RS (JSC)**   Short Name of Case:  Yan v. Fu et al

# PROOF OF PERSONAL SERVICE

I am Peter Ting Cham Poon and over the age of eighteen years and not a party to this action. I am a Registered Process Server, license No. 2019-0001434 and my address is 331 A 28th Avenue, San Francisco, CA 94121.

On the date and time and place stated below, I served the following official documents:

(1) ORDER TO APPEAR FOR EXAMINATION
(2) CIVIL SUBPOENA (DUCES TECUM)
(3) DECLARATION OF BRIAN S. HEALY IN SUPPORT OF SUBPOENA DUCES TECUM

| | |
|---|---|
| Person served (name): | Demas Yan |
| Address where served: | 1300 Clay Street, 2nd Floor (in front of room 215), Oakland |
| Date of delivery: | August 19, 2019 |
| Time of delivery: | 10:37 am |
| Manner of delivery: | Hand-delivered – By personally hand-delivered the above mentioned official documents to the person name above. |
| Fee for service: | $50 |

I declare under penalty of perjury under the law of the United States of American that the foregoing is true and correct and that this declaration is executed on August 20, 2019 at San Francisco, California.

*/s/ Peter Ting Cham Poon*
Peter Ting Cham Poon