1  BRIAN S. HEALY, State Bar No. 112371
   TIERNEY, WATSON & HEALY
2  A Professional Law Corporation
   351 California Street, Suite 600
3  San Francisco, California 94104
   Telephone: (415) 974-1900
4  Facsimile: (415) 974-6433
   Email: brian@tw2law.com
5
   Attorneys for Judgment Creditor
6  Crystal Lei

7

8
                  UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11  Demas Yan,                              No:   11-CV-01814-RS (JSC)

12            Plaintiff,
                                            PROOF OF SERVICE RE
13  v.                                      ORDER TO APPEAR - Tina Yan

14  Crystal Lei, et. al.,

15            Defendant.
                                        /
16

17

18

19

20

21

22

23

24

25

26

27

28

Brian S. Healy   SBN #112371
Tierney Watson & Healy, PC
351 California Street, Suite 600, San Francisco, CA 94104
Tel: (415) 974-1900   Fax: (415) 974-6433   Email: brian@tw2law.com

Attorney for Judgment Creditor Crystal Lei

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Case No. 3-11-cv-01814-RS (JSC)**   Short Name of Case: Yan v. Fu et al

# PROOF OF PERSONAL SERVICE

I am Peter Ting Cham Poon and over the age of eighteen years and not a party to this action. I am a Registered Process Server, license No. 2019-0001434 and my address is 331 A 28th Avenue, San Francisco, CA 94121.

On the date, time, and place stated below, I served the following official documents:

(1) ORDER TO APPEAR FOR EXAMINATION
(2) CIVIL SUBPOENA (DUCES TECUM)
(3) DECLARATION OF BRIAN S. HEALY IN SUPPORT OF SUBPOENA DUCES TECUM
(4) WITNESS FEES IN THE AMOUNT OF $45.

| | |
|---|---|
| Person served (name): | Tina F. Yan |
| Address where served: | 1390 ½ Turk Street, San Francisco |
| Date of delivery: | August 17, 2019 |
| Time of delivery: | 12:03 pm. |
| Manner of delivery: | Hand-delivered – By personally hand-delivered the above mentioned official documents to the person name above. |
| Fee for service: | $50 |

I declare under penalty of perjury under the law of the United States of American that the foregoing is true and correct and that this declaration is executed on August 20, 2019 at San Francisco, California.

Peter Ting Cham Poon