DEMAS YAN
100 Pine St #1250
San Francisco, CA 94111
Phone (415) 867-5797
Appellant in Pro Se

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

DEMAS YAN,

    Appellant,

vs.

TONY FU et al.,

    Appellees.

Case No.: 3:11-CV-01814-RS

DECLARATION OF DEMAS YAN IN OPPOSITION TO REPORT AND RECOMMENDATION RE: JUDGMENT CREDITOR'S APPLICATION FOR CIVIL CONTEMPT, SANCTIONS, AND INCARCERATION

Dept. F
Magistrate Judge: Jacqueline Corley

I, DEMAS YAN, declare,

1. I had timely and fully complied with the court's April 2019 order. I had sent to Mr. Healy on April 24, 2019 copies of the 2014, 2015, and 2016 tax returns with all filed schedules. Specifically, the 2014 return has Schedule D, the 2015 return has schedules C, D, and SE, and the 2016 return has schedules C, D, SE, and 8962. I do not understand why Mr. Healy misrepresented to this court that I had sent returns to him with no schedules.

2. The returns do not have wet signatures because they are not required with e-file signatures. Information on what is e-file signature can be found on IRS official website at https://www.irs.gov/e-file-providers/frequently-asked-questions-for-irs-efile-signature-authorization.

3. Mr. Healy and his clients Crystal Lei and Bryant Fu have purposely withheld relevant information from this court. Attached as Exhibit A is copy of email sent to Mr. Healy from Tina Yan's attorney Mark Lapham. Mr. Healy and his clients improperly obtained third-party examination order from this court by falsely alleging that Tina Yan has possession of assets belonging to me, when in fact Tina Yan had prevailed as defendant in case no. CGC14565831 as to the same allegations from Crystal Lei and Bryant Fu

- 1

who were plaintiffs in that case. The judgment in Tina Yan's favor against Crystal Lei and Bryant Fu was entered on 8/14/2019 before the scheduled examination of Tina Yan. Mr. Healy and his clients Crystal Lei and Bryant Fu have unclean hands in withholding relevant information, making false allegations, and misleading this court to issue third-party examination order as to Tina Yan.

4. On 9/7/2018, Bryant Fu filed request for civil harassment restraining order for himself, his mother Crystal Lei, and his father Tony Fu against me in San Francisco Superior Court, Case no. CCH-18-580898 and obtained a temporary restraining order (TRO) pending hearing in that case. On 10/4/2018, Ms. Lei used the TRO as the reason to not attend a noticed deposition of her. I was the noticing party. Attached as Exhibit B is a copy of the transcript of that proceeding. Ms. Lei stated on the record that because of the TRO prohibiting me from being within 50 yards of her, she demands that I must stay away from her at all times.

5. On 3/28/19, the court in Case No. CCH-18-580898 entered a permanent restraining order against me that I must stay 100 yards away at all times from Bryant Fu, Crystal Lei and Tony Fu. Judge Gail Dekreon who issued the order had stated on the record that the stay away order has no exceptions. Violation of restraining order granted after hearing under Cal. Code Civ. Proc. § 527.6 is a misdemeanor punishable by a fine, imprisonment in the county jail, or both [Code Civ. Proc. § 527.6(t); Penal Code § 273.6(a)]. I will not knowingly violate or put myself at risk of violating the restraining order. Ms. Lei has also insisted that I must stay away from her at all times without exceptions. I am not refusing to appear for examination and I will appear when there is a court order that the restraining order is stayed or waived or does not apply in specific circumstances.

I declare under penalty of perjury in the state of California that the foregoing is true and correct.

Dated: 11/25/2019

/s/Demas Yan
In Pro Se

- 2 -

# EXHIBIT A



## order for examination as to Tina Yan

**LAW OFFICES OF MARK LAPHAM** <marklaphamoffice@gmail.com>  Mon, Sep 23, 2019 at 5:15 PM
To: Brian Healy <Brian@tw2law.com>

Mr. Healy,

This is in regards to the order for examination as to Tina Yan for
9/25/19.  I was the attorney in CGC14565831 where your clients
CRYSTAL LEI and BRYANT FU had sued Tina alleging that she has property
belonging to her son.  The court had entered judgment in her favor on
8/14/19.  The instant order is barred by estoppel.  You failed to
disclose in your application for order that Tina had prevailed against
your clients on the same allegations.  Tina is 90 years old and in
frail health.  Your clients' improper action is elder abuse.  Tina
will not appear and will seek additional remedy if necessary.

Regards,
Mark Lapham (SBN 146352)
751 Diablo Rd.
Danville, CA 94526
Phone 925-837-9007

# EXHIBIT B

```
1            UNITED STATES BANKRUPTCY COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3
4   THAI MING CHIU, DEMAS YAN,   ) Case No.
    LEGAL RECOVERY, LLC,         ) 17-41205 CN
5                                )
              Plaintiffs,        ) Volume I
6                                )
       vs.                       ) Pages 1 - 6
7                                )
    TONY FU,                     )
8                                )
              Defendant.         )
9   _____)
10
11
12       STATEMENT REGARDING THE DEPOSITION OF
13                   CRYSTAL LEI
14                 OCTOBER 4, 2018
15
16
17
18
19  Reported by:
20  MARILYN J.B. MILLER CSR #3891
21  ----------------------------------------------------
22             JAN BROWN & ASSOCIATES
23     WORLDWIDE DEPOSITION & VIDEOGRAPHY SERVICES
24  701 Battery St., 3rd Floor, San Francisco, CA 94111
25            (415) 981-3498 or (800) 522-7096
```

```
 1          BE IT REMEMBERED that on Thursday, October 4,
 2   2018, commencing at the hour of 9:58 a.m., at the
 3   Offices of Jan Brown & Associates, 701 Battery Street,
 4   Second Floor Conference Room, San Francisco,
 5   California 94111, before me, Marilyn J. B. Miller, a
 6   Certified Shorthand Reporter in the State of
 7   California, the following proceedings took place and
 8   statements were made.
 9                       --oOo--
10                      APPEARANCES
11         DEMAS YAN, Attorney at Law, LAW OFFICE OF
12   DENNIS YAN, 100 Pine Street, Suite 1250, San
13   Francisco, California 94111, appeared as counsel on
14   behalf of the plaintiffs.
15   Telephone: (415) 867-5797
16   Email: Anewlaw@gmail.com
17
18         ERIC A. NYBERG, Attorney at Law, KORNFIELD,
19   NYBERG, BENDES, KUHNER & LITTLE, P.C., 1970 Broadway,
20   Suite 600, Oakland, California 94612, appeared as
21   counsel on behalf of the defendant.
22   Telephone: (510) 763-1000    Fax: (510) 273-8669
23   Email: E.nyberg@kornfieldlaw.com
24
25         Also present:  Crystal Lei, Tony Fu.
```

| | |
|---|---|
| 1 | OCTOBER 4, 2018 - THURSDAY                          9:58 A.M. |
| 2 |       MS. LEI:  Good morning.  My name is Crystal |
| 3 | Lei, and I like to have everything I say here to be on |
| 4 | the record. |
| 5 |       Mr. Yan, my presence here today does not |
| 6 | mean that you properly served me with a subpoena, |
| 7 | which you did not.  Also you have not paid me the |
| 8 | witness fee yet. |
| 9 |       Mr. Yan, you owe me hundreds of thousands |
| 10 | of court sanctions and judgments, and you have to pay |
| 11 | me now.  That was due a long time ago. |
| 12 |       Mr. Yan, I believe you fabricate the court |
| 13 | subpoena which I received from my email.  I believe |
| 14 | you recycle the subpoena from which William Moore did |
| 15 | not serve me last time.  William Moore is not a |
| 16 | licensed process server, as he came.  You both commit |
| 17 | perjury by claiming that I receive or evade service of |
| 18 | the subpoena. |
| 19 |       In fact, the San Francisco sheriff have |
| 20 | been attempting multiple times to serve you, and you |
| 21 | have kept evading the service of the temporary |
| 22 | restraining order and this legal document which now |
| 23 | Mr. Poon has served on you. |
| 24 |       (A man entered the room and delivered a |
| 25 | document to Mr. Yan.) |

3

1        MS. LEI:  So that here the whole package --
2  now you have -- include forms of CH109, CH110, CH100,
3  CH120, CH124, CH130, CH800, CH250, CH804, CH115,
4  CH116.
5        Mr. Yan, should you want to hold a
6  deposition you know how to do so properly, but you
7  have kept cheating and defaulting not only on me but
8  also on the court.
9        Under the temporary restraining order you
10 must stay away from me at least 50 yards.  Now,
11 Mr. Yan, you are well aware that you must stay away
12 from me, but in this situation I am leaving to stay
13 away from you.  So goodbye.  Goodbye.
14        (Ms. Lei left the room.)
15        MR. YAN:  Can we get this -- this is off
16 the reoord.
17        (Discussion off the record.)
18        MR. YAN:  Today we are here for the
19 deposition of Crystal Lei.  She has been served with a
20 subpoena as per court order, and she has been also
21 been given a check for the appearance fee as well.
22 She has given statements on the record, and she has
23 now left the room.
24        Before I conclude this deposition, let's
25 take the appearance, so that we have it on record.

1  Can I have the appearance here?
2          MR. NYBERG:  I think she has it on record,
3  but it's fine.  Erik Nyberg representing defendant
4  Tony Fu.  And Mr. Fu is also present.
5          MR. YAN:  Okay.  And since the deponent has
6  left, I will close the deposition now, pending any
7  motion to compel to the court.  The time now is -- let
8  me get the time.
9          MR. NYBERG:  It's like 10:03.
10         MR. YAN:  10:03.  Okay.  Thank you.  Off
11 the record.
12                      (Whereupon the proceeding was
13                       concluded at 10:03 a.m.)

5

1  STATE OF CALIFORNIA  )  SS.

2      I do hereby certify that the foregoing statement
3  deposition took place at the time and place therein stated;
4  that the proceeding was reported by me, a certified
5  shorthand reporter and a disinterested person, and was
6  under my supervision thereafter transcribed into
7  typewriting.
8      And I further certify that I am not of counsel or
9  attorney for either or any of the parties to said
10 deposition nor in any way interested in the outcome of the
11 cause named in said caption.
12     IN WITNESS WHEREOF, I have hereunto set my hand and
13 affixed my seal of office this 4th day of October, 2018.
14
15
16
17 _____
18     MARILYN J. B. MILLER
19     Certified Shorthand Reporter

6