Brian S. Healy, State Bar No. 112371
TIERNEY, WATSON & HEALY
A Professional Corporation
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 974-1900
Fax:    (415) 974-6433
Email: brian@tw2law.com

Attorney for Judgment Creditor
Crystal Lei

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEMAS YAN, | Case No.: 11-CV-1814-RS (JSC) |
| Appellant, | |
| vs. | **DECLARATION OF BRIAN S. HEALY IN SUPPORT OF JUDGMENT CREDITOR CRYSTAL LEI'S REPLY TO DECLARATION OF DEMAS YAN IN OPPOSITION TO REPORT AND RECOMMENDATION RE: JUDGEMENT CREDITOR'S APPLICATION FOR CIVIL CONTEMPT, SANCTIONS, AND INCARCERATION** |
| CRYSTAL LEI et al., | |
| Appellees. | |
| | Re: Dkt. No. 140 |
| | Dkt. No. 136 |
| | Judge:  Hon. Jacqueline Scott Corley |
| | Place:  Court Rm. F, 15 Floor |
| |        450 Golden Gate Ave. S.F. |

I, Brian S. Healy, declare:

1. I am an attorney duly licensed to practice law by the State of California and am authorized to practice law throughout the State of California. I am familiar with the matter stated in this declaration from my own personal knowledge, were I called to testify, I would be competent to and would do so.

2. I am the attorney for Judgment Creditor, Crystal Lei ("Lei").

3. I received one email from Demas Yan ("Yan") on April 24, 2019 which transmitted 20 pages of unsigned and incomplete tax returns – no complete schedules were attached to any of the tax returns. The 20-page tax return documents received contained the same 6 pages of IRS Form 1040 received by Lei on July 22, 2018 with the same alterations and omissions that show the documents are unofficial and incomplete copies of Yan's tax returns.

4. After careful inspection, I noticed that tax return documents provided by Yan contain manipulations and alterations that normally would not be accepted by the IRS on an official tax return. From my experience, I know the IRS will not accept defects on tax returns that include unauthorized redactions and missing forms and schedules. I further notice manipulation and omissions of income reporting documents such as missing Forms W-2 and 1099, missing schedules, and income reported on Yan's Form 1040s that is inconsistent with the documents Yan provided of each tax year.

5. Yan is the owner and manager of various business entities. Yan has testified that he is the manager of the company called 547 Investments, LLC which receives rental income from tenants leasing real estate at 547 23rd Avenue in San Francisco. Yan failed to provide IRS Schedule K-1 and other supporting documents as part of his tax returns in an apparent effort to hide his involvement in business entities. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of a transcript of an Order of Examination of Demas Yan by creditor Charles Li on May 19, 2015 in San Francisco Superior Court, case no. CGC-10-497990.

6. Further inspection of Yan's finances shows a discrepancy between his actual income and the income reported on Yan's purported tax returns. For instance, I am informed and believe that Yan sold his Hong Kong real estate in 2015 for about HK$2.81 million, but the purported tax returns for 2015 and 2016 fail to reflect the sale. Attached hereto as **Exhibit B** is a certified true and correct copy of the Hong Kong Land Registry's record of the sale of property located at Flat 4 on 40/F of Block C, Tin Fu Court, 15 Tin Sau Road, Yuen Long, New Territories in Hong Kong, on May 15, 2015, from Mr. Yan (a/k/a Demas Wai Yan) to Chung Ming Chow for HK$2,810,000.00.

7. I conclude from the discrepancies and defects in Yan's purported tax return documents that Yan has purposefully provided altered and inaccurate tax returns to conceal assets and income that he has generated.

8. Attached hereto as **Exhibit C** is a certified true and correct copy of the Final Order filed November 1, 2016 by the United States Court of Appeals for the Ninth Circuit, in the matter of *In re: Demas W. Yan*, case no. 16-80097.

9. Attached hereto as **Exhibit E** is a true and correct copy of an excerpt of the transcript of the Restraining Order hearing on March 28, 2019 in San Francisco Superior Court, in the matter of *Bryant Fu v. Demas Wai Yan*, case no. CGC-18-580898.

10. Attached hereto as **Exhibit E** is a true and correct copy of an excerpt of the transcript of the Order of Examination on June 27, 2017 in the United States District Court, case no. 3:11-CV-01814-RS (JSC).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration is executed at San Francisco, California, this 2nd day of December, 2019.

Brian S. Healy
Attorney for Crystal Lei