UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAN,<br><br>        Plaintiffs,<br><br>  v.<br><br>FU,<br><br>        Defendants. | Case No.: 11-cv-01814-RS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 1/15/2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

demas W yan
100 Pine St #1250
San Francisco, CA 94111

Tony Fu
5813 Geary Boulevard
PMB 188
San Francisco, CA 94121

Dated: 1/15/2020

Susan Y. Soong
Clerk, United States District Court

By: *Corinne Lew*
Corinne Lew, Deputy Clerk to
the Honorable Richard Seeborg

*Service_Certificate _CRD*
*rev. August 2018*