1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   MICHAEL K. JOHNSON, SB# 130193
2      E-Mail: Michael.Johnson@lewisbrisbois.com
   2185 North California Boulevard, Suite 300
3  Walnut Creek, California 94596
   Telephone: 925.357.3456
4  Facsimile: 925.478.3260

5  **TIERNEY, WATSON & HEALY PC**
   BRIAN S. HEALY, SB# 112371
6      E-Mail: brian@tw2law.com
   48 Gold St, Fl 1
7  San Francisco, California 94133-5103
   Telephone: 415.974.1900
8  Facsimile: 415.974.6433

9  Attorneys for Appellee and Judgment Creditor
   CRYSTAL LEI

10

11              UNITED STATES DISTRICT COURT

12       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

13

| Demas Yan, | Case No. 3:11-cv-1814 RS (JSC) |
|---|---|
| Appellant, | Hon. Jacqueline Scott Corley, Ctrm 8 |
| vs. | **NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL FOR APPELLEE AND JUDGEMENT CREDITOR CRYSTAL LEI; ORDER** |
| Crystal Lei, et al., | |
| Appellees. | |

20  TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

21       PLEASE TAKE NOTICE that Brian S. Healy, attorney of record for Appellee and

22  Judgment Creditor Crystal Lei, hereby associates in as attorney of record Michael K. Johnson of

23  Lewis Brisbois Bisgaard & Smith LLP.  Contact information is listed below.

24                    Michael K. Johnson (State Bar No. 130193)
                      Lewis Brisbois Bisgaard & Smith LLP
25                    2185 N California Blvd Ste 300
                      Walnut Creek, California 94596
26                    Telephone: 925-357-3456
                      Facsimile: 925-478-3260
27                    Email: michael.johnson@lewisbrisbois.com

28



4881-8995-3846.1                    2                    Case No. 3:11-cv-1814 RS (JSC)
NOTICE OF APPEARANCE AND ASSOCIATION OF COUNSEL FOR APPELLEE AND JUDGEMENT
                        CREDITOR CRYSTAL LEI; ORDER

Attorney Brian S. Healy concurs in the filing of this Notice of Association of Counsel.

DATED: October 3, 2022              TIERNEY, WATSON & HEALY PC

                                    By:    */s/ Brian S. Healy*
                                           BRIAN S. HEALY
                                           Attorneys for Appellee and Judgment Creditor
                                           CRYSTAL LEI

Lewis Brisbois Bisgaard & Smith LLP and attorney Michael K. Johnson hereby accept the above association.

DATED: October 3, 2022              LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By:    */s/ Michael K. Johnson*
                                           MICHAEL K. JOHNSON
                                           Attorneys for Appellee and Judgment Creditor
                                           CRYSTAL LEI

## **ORDER**

The foregoing association of counsel is authorized by this Court.

Dated: _____

                                    _____
                                    Hon. JACQUELINE SCOTT CORLEY
                                    United States District Judge

