UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEMAS YAN,

    Appellant,

v.

CRYSTAL LEI, et al.

    Appellees

Case No. 11-cv-01814-RS

**ORDER OF REFERRAL**

In light of Judge Corley's elevation to District Judge, Docket No. 145, and any further post judgment enforcement matters, are referred to a randomly assigned magistrate judge for disposition. To the extent the assigned magistrate judge believes any particular ruling must be made on Report and Recommendation, he or she may proceed in that manner.

**IT IS SO ORDERED**.

Dated: October 4, 2022

_____
RICHARD SEEBORG
Chief United States District Judge