Gary M. Kaplan (State Bar No. 155530)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: gkaplan@fbm.com

*Former* Attorneys for Appellee/Judgment Creditor
CRYSTAL LEI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEMAS YAN,<br><br>        Appellant,<br><br>vs.<br><br>CRYSTAL LEI, et al,<br><br>        Appellees. | Case No. 11-CV-1814-RS (JSC)<br><br>**NOTICE OF FARELLA BRAUN + MARTEL LLP'S LIEN ON CLAIMS OF JUDGMENT CREDITOR CRYSTAL LEI** |

**PLEASE TAKE NOTICE, HEREBY GIVEN**, that FARELLA BRAUN + MARTEL LLP ("FBM"), former attorneys for Appellee/Judgment Creditor Crystal Lei ("Judgment Creditor"), has a perfected attorneys' lien on any recovery by Judgment Creditor in the above-referenced matter (through judgment, settlement or otherwise), pursuant to the parties' engagement agreement, with respect to any unpaid fees and expenses owed to FBM. *See generally Fletcher v. Davis*, 33 Cal. 4th 61, 66 (2004). Accordingly, any amounts otherwise payable to Judgment Creditor should instead be paid to FBM to the extent of Judgment Creditor's unpaid debt to FBM, which amount can be obtained by contacting the undersigned (contact information on the upper left corner of this notice).

Dated: October 19, 2022    FARELLA BRAUN + MARTEL LLP

                By: /s  Gary M. Kaplan
                    Gary M. Kaplan

42660\15121892.1          *Former* Attorneys for CRYSTAL LEI

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

NOTICE OF ATTORNEY LIEN IN FAVOR OF FBM
Case No. 11-CV-01814-RS (JSC)