DEMAS YAN
1433 7th Ave.
San Francisco, CA 94122
Phone (415) 867-5797
Defendant in Pro Se

UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMAS YAN,<br><br>Appellant,<br><br>v.<br><br>CRYSTAL LEI, et al.,<br><br>Appellees. | Case No.: 3:11-CV-01814-RS<br><br>DEMAS YAN'S RESPONSE TO ORDER FILED 01/23/23 [Document 167 ] |

I, DEMAS YAN, declare,

1. I have complied with the Court's order by asking for and received from Lei's counsel, Michael Johnson, a filled-out Form 4506 to avoid any dispute as to the contents. I then entered on the form my name, address, SSN, signed and mailed on 2/2/2023 before the filing of this declaration with first class postage by depositing in a USPS mailbox addressed to Lei's counsel.

2. I bring to the Court's attention that the IRS had determined, pursuant to IRC 6015(b), that my spouse qualifies as an "innocent spouse" for the reasons that, *inter alia*, that we have been separated and filed joint tax returns merely for tax deductions. I had raised the issue, in the filings and at the hearing on this matter, that under California law, a spouse has a privacy interest in her financial information and that in the absence of a waiver by each of the holders of the privilege, the court may not compel disclosure of joint federal or joint state income tax returns, or any information contained therein. (*Young v. United States*, 149 F.R.D. 199, 205 (S.D. Cal. 1993), citing *Coate v. Superior Ct.*, 81 Cal.App.3d 113, 115 (1978).) The Court had not address this issue in its order. I did not and could not obtain my spouse's waiver of her privilege or her consent to produce her tax return.

//

- 1

I declare under penalty of perjury in the state of California that the foregoing is true and correct.
Dated:  2/2/2023

_____
Demas Yan